# United States District Court

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA
v.

THOMAS W. QUINTIN

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 07-MJ-01020

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief: On or about February 27, 2006 through January 31, 2007, in the District of Colorado defendant did knowingly

[See Attachment A, Title 42, USC § 408(a)(7)(B), incorporated here by this reference.]

I further state that I am a ___Special Agent with the Social Security Administration___, and that this complaint is based on the following facts:

Official Title

[Attachment B, affidavit attached hereto and incorporated herein.]

Continued on the attached sheet and made a part hereof: **X** Yes ☐ No

_____
JOE JOYCE, Signature of Complainant

Sworn to before me, and subscribed in my presence

January 31, 2007 at 1:39 P.M.      Denver, Colorado

Date **MICHAEL J. WATANABE**       City and State
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer **DISTRICT OF COLORADO**

_____
Signature of Judicial Officer

## ATTACHMENT A

On or about February 27, 2006 through January 31, 2007, Thomas W. QUINTIN did:

"willfully, knowingly, and with intent to deceive, used a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person;"

In violation of Title 42, United States Code, Section 408

## ATTACHMENT B
## AFFIDAVIT

I, Joseph P. Joyce, being duly sworn depose and say:

I am a Special Agent with the Social Security Administration (SSA), Office of Inspector General (OIG), Office of Investigations (OI), Denver, Colorado, and have been employed in federal law enforcement since April 1998. Prior to joining SSA in May 2004, I was a Special Agent with the U. S. Environmental Protection Agency, OIG, OI, Denver, from April 2000 through April 2004, and the U. S Department of Interior, OIG, OI, Denver and Billings, Montana, from April 1998 through April 2000. I have fifteen years of combined experience in federal law enforcement, federal investigations, and federal personnel security. My duties with SSA-OIG include conducting investigations of waste, fraud, and abuse in programs administered by SSA, to include investigations of Social Security Number misuse (Title 42 United States Code, Section(s) 408 (a) (7) (A)). I have successfully completed the Basic Criminal Investigator Training Program in Glynco, Georgia, and periodic training in arrest and investigative techniques, firearms and defensive tactics, and legal updates.

On 1/4/07, Trista G. Merz, Special Agent, IRS-CI, Denver Field Office, contacted your affiant and explained that THOMAS W. QUINTIN, dba "Quick and Easy Tax Service" and "HRM Tax Service", 1800 S. Sheridan Boulevard, #102, #104, #202, and #303, Denver, Colorado, 80232, was involved in an on-going fraudulent tax filing scheme, and that such a scheme dated to the 2005 federal tax filing season.

On or about 1/5/07, SA Merz explained to your affiant that THOMAS W. QUINTIN has been preparing and filing fraudulent income tax returns containing Social Security Numbers (SSN's) of unknown origin. SA Merz further explained that Tracy Janssen, informant, works for an online tax software company and as a result had knowledge of QUINTIN's income tax and preparation activities. Janssen works for the online tax software company that QUINTIN has been using to prepare and file the fraudulent income taxes. Each tax return contains an SSN. The following is a summary from information provided to SA Merz by Janssen:

   a. Tracy Janssen is the Filing Services Team Leader for an online tax software company called Tax Act. QUINTIN has been using Tax Act to prepare and file fraudulent income tax returns. Tax Act is not for return preparers to use, but it is designed for individuals to prepare and file their own income tax returns.

   b. First, in November 2006, Janssen noticed credit cards in QUINTIN's name were being used to pay for multiple income tax return filings with Tax Act for 2005 income tax returns. Janssen then ran a check on all the returns that used credit cards in the name of THOMAS QUINTIN. She saw there were multiple returns being paid for using credit cards on QUINTIN's name. From Janssen's experience working for the online tax software company, she thought this was unusual. Janssen then noticed those returns that were being paid for using credit cards in QUINTIN's name were all coming from the same internet provider (IP) address. Jenssen then ran a search for all returns using that IP address. That search revealed over three hundred 2005 tax returns that were sent to Tax Act to be filed with the IRS from that same IP address.

   c. Janssen then ran that same IP address for 2006 returns. She saw thousands of returns had already been partially prepared for the 2006 filing season. Jenssen also noticed multiple other similarities. When you use Tax Act to prepare you income tax returns, you create an account. Many of these accounts from the same IP address used a domain name that was unusual, "qneserv." Jenssen then looked up that domain name using the internet and saw that it was registered to Thomas QUINTIN and the registrant is Quick and Easy Tax Services at 1800 S. Sheridan Blvd. #104, Denver, Colorado 80232.

d. Jenssen then saw there were hundreds of 2006 returns being prepared daily from that same IP address daily. This was in November 2006, and thousands of tax returns had the accounts with returns that had names and addresses entered on them already.

e. Jenssen also saw that some of those 2006 returns were being paid for with credit cards in QUINTIN's name again.

f. Jennsen also noticed similarities in the 2005 returns that were filed and 2006 returns that were started. The returns all had one W2, low income, single wage earner, single filing status and all were getting refunds under $1,000.

g. Approximately three hundred 2005 returns were filed by the same IP address. Out of those three hundred returns approximately two hundred were accepted by the IRS and one hundred were rejected by the IRS for errors.

h. Jenssen noticed the 2005 returns from the same IP address had refunds that were all going to one of 7 bank accounts.

i. Next Jenssen found a second IP address which it appeared QUINTIN had been using in 2005 with Tax Act. Jenssen searched this second IP address and found another one hundred returns that were filed and accepted by the IRS. These returns had the same characteristics as the other returns; some were paid for using credit cards in QUINTIN's name, all had one W2, low income, single wage earner, single filing status, and all received refunds under $1000.

On 1/5/07, SA Merz provided me an excel spreadsheet containing 214 names and associated Social Security Numbers (SSN). This she obtained from Janssen. On this date, I ran all numbers through the SSA "numident" system, which notes, among other identifiers, SSN's and their authorized users. This system also includes the DOB, and where applicable, the date of death of these users. All 214 "numidents" were printed and reviewed. Approximately 90% of the names clearly show dates of death, with all dates of death being listed in the 1960's or early to mid 1970's. Of the remaining approximate 10%, a second SSA sub-database search reflected these individuals to all be deceased, and in the similar timeframe. The SSA system did not initially incorporate all the dates of death in the "numidents" due to the age of the records. The second search, however, revealed all 214 authorized users to be deceased. The dates of death were shown to be in the 1960's and early to mid 1970's. The SSN's and names in the spreadsheet matched the SSN's and authorized user names in the SSA database.

On 1/11/07, I received a 2nd spreadsheet list of 129 SSN's and names from SA Merz. This list was also provided to SA Merz by Janssen. This reflected another internet provider (IP) address connected to tax filings for QUINTIN. Upon request, I ran all names and associated SSN's through the SSA "numident" database system. The results were similar to the prior run. All names matched the SSN's, all were deceased, and dates of death were noted in the 1960s' or early to mid 1970's. The SSN's and names in the spreadsheet matched the SSN's and authorized user names in the SSA database.

On 1/12/07, your affiant reviewed State of Colorado "Driver Record" information which reflected Thomas William QUINTIN to reside at 5775 W. Dartmouth Ave., Apt 3-104, Denver, CO 80227. QUINTIN's SSN was shown as 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, DOB: 3/23/47.

On 1/12/07, your affiant reviewed an NCIC criminal history on Thomas William QUINTIN, FBI # 158595RA8. This reflected QUINTIN was arrested on 8/17/92 for "false tax return". He was shown to

2

have been sentenced on 9/22/03. QUINTIN was shown to have been sentenced to supervised probation, to end 11/3/07. QUINTIN was also shown to have had a probation violation 4/15/05.

SA Merz explained to your affiant that QUINTIN is on federal probation, and his Probation Officer is Gary Phillips. Officer Phillips verified to SA Merz that QUINTIN's current residence is 5775 W. Dartmouth Avenue, #4-303. Phillips stated that QUINTIN currently works for TTS Enterprises located at 1800 S. Sheridan Boulevard, Denver, CO.

On 1/16/07, your affiant conducted an SSA database review on SSN 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. This reflected that Thomas William QUINTIN was authorized SSN 571-6403315 in 4/1962.

On 1/23/07, your affiant and SA Merz monitored a field operation with SA Heather Hermann, SSA-OIG. SA Hermann, as "Heather Sherman", canvassed the building at 1800 S. Sheridan Boulevard under the ruse of looking for employment, the approximate operation time was 3:20 to 3:45 pm, and reflected the following in chronological order:

    Office #202 showed the name "Phat Chicks" outside the door, but there was no answer.

    Office #302 was named, "The Jungle Room", and contained the same alpha stickers used to make the office name of "Phat Chicks". There was no answer at that door.

    Office #303 showed the name as, "TTS Enterprises". A professionally dressed white female, age approximately 22-27, answered the door. She yelled back into the office, "Trena, are we hiring?" An older white female was sitting at a desk with a computer and a nameplate of "Trena". She replied, "no hon, not hiring, see you later".

    Office # 104 showed the name as "Q & E Services". A Hispanic female in her early to mid 20's answered the door. She just started and did "data entry". She said it is an "Ok job if you are looking for something temporary". She said the company she works for is on the 3rd floor with the door having "the buttons" (cipher lock), and maybe they are hiring.

    Office # 102 was identified as "TTS Enterprises". The door was answered by 2 females. They said this was a "tax agency", and they were not hiring.

    SA Hermann returned to Office #202 ("Phat Chicks"). This time 2 women came to the door, and there appeared to be considerable activity inside. They said they were not sure if the business was hiring, but she could check with the boss who worked upstairs. They said they thought he may have left, but he is usually upstairs in the "tax agency". SA Hermann turned to leave and noticed QUINTIN (she had seen his DMV photo prior) accompanied by a female whom she believes she saw before. They passed SA Hermann and entered Office #202 (Phat Chicks). The door closed and SA Hermann approached the door to ask again about employment. SA Hermann heard a male voice she believed to have been QUINTIN say, "why aren't you girls working, who was she, and what's going on"? A female voice was heard saying, "She is interested in a job, are we hiring?". The same male voice then said, "yea, tell her to come back this Tuesday morning". A female then came to the door, identified herself as "Porsche", and told SA Hermann to return next Tuesday at 9:00 am and go to room # 303 and ask for her (Porsche). She told SA Hermann the business was a "tax service", and she should dress professionally for the interview. Porsche took SA Hermann's name, given as Heather "Sherman", and her cell telephone number. Porsche provided her number as 303-935-1459.

3

On 1/24/07, your affiant conducted a search of telephone number 303-935-1459 in the Lexus-Nexus "Law Enforcement Solutions" database. This reflected the referenced telephone number to be affiliated with Edith NUNEZ, and "Quick &Easy Tax Services".

On 1/30/07, your affiant, SA Harry Cigliano, SSA-OIG, and SA Merz, monitored a consensually monitored meeting between SA Hermann, as Heather "Shermann" and employees of Room 303 at 1800 S. Sheridan Boulevard, Denver. This was formally identified as housing TTS Enterprises. This operation began and ended at approximately 9:02 and 9:14 a.m. A summary follows:

> SA Hermann made contact with QUINTIN (known to her by a DMV photo and by former contact on 1/23/07) in the hallway outside of Room 303, 1800 S. Sheridan Boulevard. QUINTIN was dressed in a shirt and tie and after exchanging greetings, SA Hermann stated she was there to see 'Porsche". QUINTIN led SA Hermann into Room 303, toward a back office where Porsche made contact with SA Hermann. SA Hermann then overheard QUINTIN speak to another male, saying something to the effect, "let's go across the hall".

> The woman known as "Porsche" explained to SA Hermann they had laid-off people yesterday and were no longer hiring. She added they were closing down. SA Hermann expressed her concern that they were closing down, and then ended the brief conversation.

> SA Hermann observed two smaller offices were located within the larger office identified as Room/Office 303. "Porsche" came out of 1 of these offices, and SA Hermann noticed QUINTIN was standing near the desk of the other internal office of Room 303 when she (SA Hermann) turned to exit the room. Additionally, SA Hermann noticed the office appeared to be less busy and had fewer employees than observed during her prior visit.

On 1/29/07, your affiant received a 3rd spreadsheet list in excess of 800 SSN's and names from SA Merz. This list was also provided to SA Merz by Janssen. This list reflected QUINTIN's filings with the IRS for tax year 2006. I selected a sample which was run through the SSA "numident" database system, as done with the other lists. The result was similar in that the SSN's and names in the spreadsheet matched the SSN's and authorized user names in the SSA database. The dates of death were primarily in the 1960's and 1970's, though some were identified as dying in the 1950's,1980's, 1990's, and 2000's. SA Merz notified me that the vast majority of these filings have not, and would not, result in tax refunds since internal IRS controls have been enacted. She added, however, that she was notified by her IRS Fraud Department that a small minority of 2006 refunds may have already been paid to QUINTIN based upon his fraudulent tax filings.

On 1/30/07, your affiant selected a representative sample of 20 (twenty) SSN's and associated names of deceased individuals from the list of 214 names provided from QUINTIN's tax filings of tax year 2005. This sample reflects QUINTIN received $19,545 in illegal proceeds by way of tax refunds from fraudulent tax filings QUINTIN made in 2006 for tax year 2005. Your affiant also made a representative sampling of 10 (ten) SSN's and authorized user's who are deceased, from the list in excess of 800 (eight-hundred) recent filings done by QUINTIN from the 2006 tax season, indicating to your affiant this is an on-going fraud scheme for 2006/2007. The list was again provided by SA Merz from Jenssen, and reflects tax filings received at "Tax Act" in late 2006 to present. No refunds have yet been determined.

Following is a chart that outlines the 20 SSNs from 2005 and 10 SSNs from the 2006 referenced in the previous paragraph.

4

| 2005 | NAME | SSN | Date of Death | Date IRS Rcvd | Refund $$ |
|---|---|---|---|---|---|
| 1 | GERTRUDE L ALBERT | 192322233 | 9/17/67 | 3/20/06 | $959.00 |
| 2 | LOUIS R NEVEAU | 366407297 | 5/19/63 | 3/13/06 | $962.00 |
| 3 | NORMAN E CASLER | 568524250 | 5/10/69 | 3/6/06 | $963.00 |
| 4 | SOLON G CANTRELL | 423505859 | 3/17/65 | 3/13/06 | $963.00 |
| 5 | LARRY L GRIFFITH | 316423445 | 9/11/65 | 3/13/06 | $964.00 |
| 6 | DONALD E NEWMAN | 540445630 | 5/28/63 | 3/13/06 | $964.00 |
| 7 | CHAUNCEY A CHANEY | 552585861 | 8/17/71 | 2/27/06 | $965.00 |
| 8 | ALAN E JEANNOTTE | 395440970 | 4/12/70 | 3/13/06 | $965.00 |
| 9 | CAROL A JUSTICE | 464664654 | 12/15/67 | 3/13/06 | $978.00 |
| 10 | GARY M NORTH | 558720148 | 6/24/68 | 3/13/06 | $979.00 |
| 11 | JOEY J OROS | 570620123 | 12/12/68 | 3/13/06 | $979.00 |
| 12 | DENNIS J SUMMERS | 366461147 | 4/29/68 | 3/27/06 | $980.00 |
| 13 | DON F RODACK | 549723156 | 1/15/71 | 4/3/06 | $984.00 |
| 14 | HILLARD W WILSON | 566529474 | 9/13/64 | 3/13/06 | $985.00 |
| 15 | MICHAEL D SUMMERS | 564868517 | 8/26/71 | 3/27/06 | $989.00 |
| 16 | LAURENCE N LYND | 551565057 | 4/17/65 | 3/6/06 | $991.00 |
| 17 | SUSAN C REGAN | 549725293 | 10/8/67 | 3/6/06 | $991.00 |
| 18 | DONALD D SANDERS | 545582585 | 1/13/65 | 4/3/06 | $992.00 |
| 19 | GERALDIN D ABBOTT | 376386413 | 9/6/69 | 3/13/06 | $996.00 |
| 20 | ELIZABET JOYCE | 365447468 | 5/1/69 | 4/10/06 | $996.00 |
|  |  |  |  |  | $19,545.00 |

| 2006 | NAME | SSN | Date of Death | "Tax Act" Rcvd | Refund $$ |
|---|---|---|---|---|---|
| 1 | SHARON GARMOND | 557605787 | 1/30/69 | Late 06 to Pres | N/A |
| 2 | LOWELL R HANDY | 572565948 | 11/27/68 |  | N/A |
| 3 | CAROL G. TURNER | 569484071 | 8/30/63 |  | N/A |
| 4 | LAVON BRADY | 453522941 | 7/26/69 |  | N/A |
| 5 | GLENN E. LINDSEY | 545904577 | 1/18/73 |  | N/A |
| 6 | JEANINE C ULMER | 549621368 | 7/18/75 |  | N/A |
| 7 | LINDA L LOREN | 355389998 | 2/1/76 |  | N/A |
| 8 | STUART S GORMAN | 572762019 | 3/21/70 |  | N/A |
| 9 | PAUL R HEALD JR | 508420199 | 6/25/68 |  | N/A |
| 10 | DAVID R. ALLISON | 557581382 | 4/1/65 |  | N/A |

On or about 1/30/07, SA Merz communicated to your affiant that the Colorado Secretary of State website reflects QUINTIN to be the registered agent for two businesses. One is called HRM Tax Services LLC formed on February 27, 2006, with a mailing address of 1800 S. Sheridan Blvd. #104. The Registered Agent is listed as Thomas QUINTIN at 5775 W. Dartmouth Ave. #3-104, Denver, CO 80227, which is QUINTIN's previous residence. There are also articles of incorporation filed for HRM. The articles list the principle office for HRM at 1800 S. Sheridan Blvd. #104, Denver, Co 80232. The articles also list the name of the individual forming the limited liability company as Thomas QUINTIN at 1800 S. Sheridan Blvd. #104, Denver, Co 80232. The other business is Quick and Easy Tax Service, with the registrant listed as QUINTIN at an address is 5775 W Dartmouth Ave. #3-104. The formation date for "Quick and Easy Tax Service" is January 1, 2006.

On or about 1/30/07, SA Merz commincated to your affiant that a mail cover on QUINTIN's residence shows QUINTIN is receiving mail for Quick and Easy Tax Services from Comcast. He is also receiving mail for TTS Enterprises, the company he has told his probation officer he works for.

5

On or about 1/30/07, SA Merz communicated to your affiant that the internet provider for two of the IP addresses used for the preparing and filing of 2006 tax returns by QUINTIN is being serviced by Eschelon Telecom, Inc. According to the website "whois.com", one (1) of the IP addresses is registered to "Quick and Easy Tax Service" at 1800 S. Sheridan Blvd. Suite #303, Denver, CO 80232. The other is registered to "HRM Tax LLC" at 1800 S. Sheridan Blvd., Suite 104, Denver, CO 80232. The registered date for both is December 12, 2006.

On or about 1/30/07, SA Merz communicated to your affiant the following based upon her investigation and research: The 2005 and 2006 income tax return electronic filings contain bank information and routing and account numbers for the direct deposit of the refunds. In 2005 there were approximately 7 different accounts used for the three hundred plus returns that were filed. In 2006 there has been an additional 9 bank accounts used. A total of 8 banks and 16 accounts were used for the 2005 and 2006 tax return filings. SA Merz spoke to four of the banks where accounts are located. On December 7, 2006, she spoke with employees of Bank of the West and US Bank, both located near QUINTIN's residence. Employees at both banks identified QUINTIN from his DMV photo and verified he had an account there. One bank employee from US Bank stated she did not feel comfortable with some of QUINTIN's banking requests and thought they were "questionable". Another bank employee from Bank of the West stated QUINTIN told her he prepares income tax returns and comes in about every other day during tax season. On January 17, 2007, SA Merz spoke to Joe Fortna, Banking Officer for First Bank of Lakewood. Fortna confirmed the account number belongs to a Thomas QUINTIN on Dartmouth Ave and it is an open account. On that same day SA Merz spoke to Susan Corbin, Branch Manager for Key Bank. Corbin confirmed the account numbers belonged to HRM Tax Services and Quick and Easy Tax Services, and are open accounts.

On or about 1/30/07, SA Merz told your affiant that her research and investigation revealed QUINTIN received approximately $220,000 in false refunds in 2006 for the 2005 tax returns he prepared and filed.

Based upon the aforementioned, your affiant believes THOMAS W. QUINTIN has willfully and knowingly used Social Security Numbers not authorized to him by the Commissioner of Social Security. (Attached and incorporated herein is Attachment A.) Your affiant further believes the purpose for misusing the Social Security Numbers is to file fraudulent tax returns during tax years 2005 and 2006, in order to obtain fraudulent tax refunds under the SSN's and names of deceased individuals.

Joseph P. Joyce, Special Agent
SSA-OIG, Denver, Colorado

Subscribed and sworn to before me this 31st day of January, 2007, Denver, Colorado. At 1:35 P.M.

UNITED STATES MAGISTRATE JUDGE
**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

6