(Rev. 05/05) DATE: January 31, 2007

DEFENDANT: THOMAS W. QUINTIN

DOB: 1947

ADDRESS: Denver, Colorado

COMPLAINT FILED?   __X__ YES   _____ NO

OFFENSE: Counts ____ : 42 U.S.C., § 408(a)(7)(B): and 18 USC § 2: Aiding and Abetting

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: Counts 1 - ----: NMT 5 years imprisonment; NMT $250,000.00 fine, or both; NMT 3 years supervised release

AGENT: Special Agent Joe Joyce
Social Security Administration

AUTHORIZED BY: ROBERT E. MYDANS
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days   _____ other

THE GOVERNMENT

_____ will seek pretrial detention in this case   _____ will **not** seek pretrial detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:   _____ Yes   __X__ No