AO 442 (Rev 5/85)   Warrant for Arrest

AUSA Mydans

## United States District Court

_____ DISTRICT OF ____COLORADO____

**UNITED STATES OF AMERICA**

v.

THOMAS W. QUINTIN

# WARRANT FOR ARREST

CASE NUMBER: 07-MJ-01020

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  THOMAS W. QUINTIN  and bring him forthwith to the nearest magistrate to answer a

Indictment ☐   Information ☐   **X** Complaint   Order of Court ☐   Violation Notice ☐   Probation Violation Petition ☐

charging him with (brief description of offense)

use of false Social Security Numbers

in violation of Title 42 U.S.C., § 408(a)(7)(B)

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Title of Issuing Officer

January 31, 2007 at 1:39 p.m.
Denver, Colorado
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest