UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>U.S. Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 07-mj-01020 | FTR MJW PM |
| February 2, 2007 | |
| UNITED STATES OF AMERICA | Bob Mydans |
| v. | |
| THOMAS QUINTIN | Without Counsel |

### INITIAL APPEARANCE

Court in Session: 1:54 pm

Court calls case and appearance of counsel.

Katie Derby appears from pre-trial services.

The defendant is advised of rights, charges and possible penalties.

The defendant is requesting court appointed counsel.

A financial affidavit is tendered to the court.

The court finds that the defendant is eligible for court appointed counsel. An attorney from the office of the Federal Public Defender is appointed to represent the defendant.

The government is seeking detention.

**ORDERED:** Preliminary and detention hearing is set for February 7, 2007 at 11:00am.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 2:03 pm

Hearing concluded.

total time: 9 minutes.