AO 442 (Rev 5/85)   Warrant for Arrest

AUSA Mydans

# United States District Court

_____ DISTRICT OF ____COLORADO____

UNITED STATES OF AMERICA

v.

THOMAS W. QUINTIN

99779-012

## WARRANT FOR ARREST

CASE NUMBER: 07-MJ-01020

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   THOMAS W. QUINTIN   and bring him forthwith to the nearest magistrate to answer a

Indictment ☐   Information ☐   Complaint ☒   Order of Court ☐   Violation Notice ☐   Probation Violation Petition ☐

charging him with (brief description of offense)

use of false Social Security Numbers

in violation of Title 42 U.S.C., § 408(a)(7)(B)

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
Title of Issuing Officer

January 31, 2007 At 1:39 P.M.
Denver, Colorado
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at   901 19th ST #300 DENVER, CO 80294 |

| DATE RECEIVED  2-2-07 | NAME AND TITLE OF ARRESTING OFFICER  JOIE A. ALLEGRO  DEO/USMS | SIGNATURE OF ARRESTING OFFICER  _[signature]_ |
|---|---|---|
| DATE OF ARREST  2-2-07 | | |

AO 442 (Rev. 5/85) Warrant for Arrest