IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-mj-01020

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THOMAS W. QUINTIN,

       Defendant.

---

NOTICE OF APPEARANCE
OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE

---

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender


       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**


        I hereby certify that on February 5, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bob.Mydans@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Thomas W. Quintin
Reg. No. 99779-012
c/o FDC
9595 W. Quincy Ave.
Littleton, CO 80123


                                        s/ Edward R. Harris
                                        Edward R. Harris
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Edward_Harris@fd.org
                                        Attorney for Defendant