UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| O. Edward Schlatter | Tracey Lee |
| United States Magistrate Judge | Deputy Clerk |
| | |
| Case Number:07-mj-01020 | FTR OES AM |
| | |
| February 7, 2007 | |
| | |
| UNITED STATES OF AMERICA | Robert Mydans |
| | |
| v. | |
| | |
| THOMAS QUINTIN | Edward Harris |

**PRELIMINARY AND DETENTION HEARING**

Court in Session: 11:01 am

Court calls case and appearance of counsel.

Gerald Mason is present from pre-trial services.

Defendant is waiving the preliminary hearing.

Waiver tendered to the court and accepted as knowing and voluntary.

Government is seeking detention.

Defendant is not contesting detention.

Counsel to inform court of the indictment, so that an arraignment and discovery hearing can be set.

**ORDERED:** Defendant is remanded to the custody to the United States Marshal.

Court in Recess: 11:02 am

Total time: 1 minute

Hearing concluded.