IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-mj-01020

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THOMAS W. QUINTIN,

       Defendant.

_____

MOTION TO VACATE CHANGE OF PLEA HEARING
_____

Comes now defendant, Thomas W. Quintin, by and through undersigned counsel, and moves to vacate the scheduled March 5, 2007 Change of Plea Hearing because the Notice of Disposition was prematurely filed before the case was assigned to a District Court Judge. The government does not oppose this motion.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender

       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bob.Mydans@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Thomas W. Quintin **(via U.S. Mail)**
Reg. No. 99779-012
c/o FDC
9595 W. Quincy Ave.
Littleton, CO 80123

                                            s/ Edward R. Harris
                                            Edward R. Harris
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            Edward_Harris@fd.org
                                            Attorney for Defendant