IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. THOMAS W. QUINTIN,

       Defendant.

---

**INFORMATION**
42, U.S.C. § 408(a)(7)(B)
18 U.S.C. § 287
18 U.S.C. § 1343
18 U.S.C. § 2
18 U.S.C. § 981

---

## COUNT 1

The United States Attorney charges that:

On or about February 20, 2006, in the State and District of Colorado, and elsewhere, the

defendant, THOMAS W. QUINTIN, for the purpose of obtaining something of value, namely a

refund of $964.00 on a federal income tax return for tax year 2005, knowingly and willfully and with

the intent to deceive, used a social security number, assigned by the Commissioner of Social Security

on the basis of false information furnished to the Department of the Treasury, Internal Revenue

Service by him or by any other person, to wit: did file or cause to be filed a federal income tax return

1

using the social security number assigned to Larry L. Griffith, knowing that Larry L. Griffith had died on September 11, 1965.

All in violation of Title 42 United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2.

## COUNT 2

The United States Attorney charges that:

On or about March 14, 2006, in the State and District of Colorado, and elsewhere, the defendant, THOMAS W. QUINTIN, for the purpose of obtaining something of value, namely a refund of $992.00 on a federal income tax return for tax year 2005, knowingly and willfully and with the intent to deceive, used a social security number, assigned by the Commissioner of Social Security on the basis of false information furnished to the Department of the Treasury, Internal Revenue Service by him or by any other person, to wit: did file or cause to be filed a federal income tax return using the social security number assigned to Donald D. Sanders, knowing that Donald D. Sanders had died on January 13, 1965.

All in violation of Title 42 United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2.

## COUNT 3

The United States Attorney charges that:

On or about February 21, 2006, in the District of Colorado, and elsewhere, the defendant, THOMAS W. QUINTIN, made and presented and caused to be made and presented a claim upon the United States, Department of the Treasury, Internal Revenue Service, that is he filed or caused

2

to be filed a federal income tax return for tax year 2005, knowing that the claim was false, fictitious, and fraudulent in that he filed and caused to filed a federal tax return for a refund of $996.00 in the name of Geraldin D. Abbott, knowing that she had died on September 6, 1969 and that she had no legitimate income for the tax year 2005.

All in violation of Title 18, United States Code, Section 287 and 2.

## COUNT 4

The United States Attorney charges that:

On or about January 17, 2007, in the District of Colorado, and elsewhere, the defendant, THOMAS W. QUINTIN, made and presented and caused to be made and presented a claim upon the United States, Department of the Treasury, Internal Revenue Service, that is he filed or caused to be filed a federal income tax return for the tax year 2006, knowing that the claim was false, fictitious, and fraudulent in that he filed and caused to be filed a federal tax return for a refund of $847.00 in the name of Jeannie C Ulmer, knowing that she had died on July 18, 1975 and that she had no legitimate income for the tax year 2006.

All in violation of Title 18, United States Code, Section 287 and 2.

## COUNT 5

The United States Attorney charges that:

From on or about January 1, 2006 up to and including February 20, 2007, in the State and District of Colorado, and elsewhere, the defendant, THOMAS W. QUINTIN,  having devised a scheme to defraud the United States Department of the Treasury, Internal Revenue Service, a Department of the United States, used e-mail or caused e-mailed to be used in interstate commerce

3

to file federal tax returns knowing that the information contained in those tax returns was false, fraudulent, and a misrepresentation.

On or about February 15, 2006, in the State and District of Colorado, and elsewhere, the defendant, THOMAS W. QUINTIN, filed a 2005 federal income tax return in the name of Susan C. Regan seeking a refund of $876.00, by wiring the tax return in interstate commerce from Colorado to Iowa, knowing that the information contained in the tax return was false, fraudulent and a misrepresentation and that the Internal Revenue Service would rely upon the information to process the tax return and issue a refund by wiring the refund to an account in Colorado associated with and controlled by the defendant, Thomas W. Quintin..

All in violation of Title 18 United States Code, Section 1343 Section 2.

## COUNT 6

The United States Attorney charges that:

From on or about January 1, 2006 up to and including February 20, 2007, in the State and District of Colorado, and elsewhere, the defendant, THOMAS W. QUINTIN, having devised a scheme to defraud the United States Department of the Treasury, Internal Revenue Service, a Department of the United States, used e-mail or caused e-mailed to be used in interstate commerce to file federal tax returns knowing that the information contained in those tax returns was false, fraudulent, and a misrepresentation.

On or about January 26, 2007, in the State and District of Colorado, and elsewhere, the defendant, THOMAS W. QUINTIN, filed a 2006 federal income tax return in the name of Jason Davidson, seeking a refund of $793.00, by wiring the tax return in interstate commerce from

4

Colorado to Iowa, knowing that the information contained in the tax return was false, fraudulent and a misrepresentation and that the Internal Revenue Service would  rely upon the information to process the tax return and issue a refund by wiring the refund to an account in Colorado associated with and controlled by the defendant, Thomas W. Quintin.

All in violation of Title 18 United States Code, Section 1343 Section 2.

## COUNT  7

Criminal Forfeiture Allegation - Wire Fraud

Upon conviction of one or more of the offenses alleged in Counts 5 or 6 of this information, the defendant THOMAS QUINTIN shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property constituting or derived from proceeds obtained directly or indirectly, from the commission of the offenses, including the following:

a.  An amount up to $280,704.00, including but not limited to $134,378.97 seized via Civil Seizure Warrants from various bank accounts held in the names of Thomas Quintin, HRM Tax Services LLC, and Quick and Easy Tax Service, at the following banks: Bank of the West, US Bank, Liberty Savings Bank, TCF Bank, Key Bank, Chase Bank, and Washington Mutual; and

b.  2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182.

All in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461 and Rule 32.2, Federal Rules of Criminal Procedure.

SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or commission of the

5

defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been substantially diminished in value; or

    d.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Respectfully submitted,

TROY A. EID
United States Attorney

ROBERT E. MYDANS
Assistant U.S. Attorney

6