DATE: March 1, 2007

DEFENDANTS:     Thomas W. Quintin

AGE:            58

ADDRESS:        Last known address:
                Denver, Colorado

OFFENSE:        Counts 1-2: Title 42, United States Code, Section 408(a)(7)(B)
                Misuse of Social Security Number

                Counts 3-4: Title 18, United States Code, Section 287
                False Claims

                Counts 5-6: Title 18, United States Code, Section 1343
                Wire Fraud

                Count 7: Forfeiture of Property, 18 United States Code, Section 981

LOCATION OF OFFENSE: Metro Denver

PENALTY:        Counts 1-2 : NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT
                3 years supervised release; and $100.00 Special Assessment

                Counts 3-4: NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT
                3 years supervised release; and $100.00 Special Assessment

                Counts 5-6: NMT 20 years imprisonment; NMT $250,000 fine, or both;
                NMT 5 years supervised release; and $100.00 Special Assessment

                Count 7: Forfeiture of Property, 18 United States Code, Section 981

AGENT:          Joseph Joyce, Special Agent, SSA/OIG
                Trista Merz, Special Agent, IRS/CI

AUTHORIZED BY:  Robert E. Mydans
                Assistant U.S. Attorney

7

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

THE GOVERNMENT

__X__ will seek detention in this case

The statutory presumption of detention **is not** applicable to these defendants.

OCDETF CASE:        _____ Yes        __X__ No