IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THOMAS W. QUINTIN,

       Defendant.
_____

NOTICE OF DISPOSITION
_____

       The defendant, Thomas W. Quintin, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant has already set a change of plea hearing with this Court for April 27, 2007.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender


       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on March 2, 2007, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bob.Mydans@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Thomas W. Quintin **(via U.S. Mail)**
Reg. No. 99779-012
c/o FDC
9595 W. Quincy Ave.
Littleton, CO 80123

                                         s/ Edward R. Harris
                                         Edward R. Harris
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         Edward_Harris@fd.org
                                         Attorney for Defendant