IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS W. QUINTIN,

    Defendants

---

## NOTICE OF RELATED CASE

---

COMES NOW, The United States of America, by United States Attorney Troy A. Eid, through Assistant United States Attorney Robert E. Mydans, pursuant to provisions of Rule 50.1 (C)(2) of the Local Rules of Practice, and hereby advises the Court and the Clerk of the Court that the defendant in the above-styled case currently has a supervised release violation hearing in Case No. 96-cr-00084 before the Honorable Wiley Y. Daniel on April 27, 2007.

    Respectfully submitted,

    TROY A. EID
    United States Attorney

    *Robert E. Mydans*
    By: ROBERT E. MYDANS
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

On this 1st day of March 2007 a copy of the foregoing Notice of Related Case was e-mailed to Edward Harris, Federal Public Defender's Office.

*Charlotte A. Seaton*
Charlotte A. Seaton
United States Attorney's Office