AO 455 (Rev 5/85)     Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____ COLORADO _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| V. | |
| | CASE NUMBER: _07 -cr-00085-_ |
| THOMAS W. QUINTIN | _WYD_ |

I,_____THOMAS W. QUINTIN_____,the above named defendant, who is accused of

Title 42, USC § 408(a)(7)(B), misuse of Social Security numbers;
Title 18 USC § 287, false claims; Title 18 USC § 1343, wire fraud, and
Title 18 USC § 981, forfeiture,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on_____3/1/07_____ prosecution by indictment and consent that the
                                        Date
proceeding may be by information rather than by indictment.


_____
Defendant

_____
Counsel for Defendant


Before _____
            Judicial Officer