UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Boyd N. Boland                                         K. Weckwerth
U.S. Magistrate Judge                                 Deputy Clerk

Case Number: 07-cr-00085-WYD                          FTR BNB PM

Date: March 1, 2007

UNITED STATES OF AMERICA                              Robert Mydans


            v.
THOMAS W. QUINTIN                                     Ed Harris

Interpreter: Not required

## WAIVER OF INDICTMENT AND ARRAIGNMENT

Court in Session: 2:45 pm

Court calls case and appearance of counsel.

Katrina Derby  appears from pre-trial services.

Defendant is advised of rights, charges and possible penalties.

Defendant tenders waiver of indictment and information.

Court accepts waiver of indictment and accepts information for filing.

Defendant enters not guilty plea.  Court accepts not guilty plea.

The government is seeking continued detention due to subsequent supervised release violation case number 96-cr-00084-WYD.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Counsel to chambers.

Court in recess: 2:47 pm     total time: 2  minutes

Hearing concluded.