UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS W. QUINTIN,

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on March 2, 2007. A Change of Plea hearing is set for **Friday, April 27, 2007, at 9:30 a.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** This is especially critical during the period from January to May, 2007 as the Court will be involved in a lengthy criminal trial. If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**