IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | April 27, 2007 | Prob/Pret: | Laura Ansart |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

Criminal Case No. **07-cr-00085-WYD and 05-cr-00232-WYD**

Counsel:

UNITED STATES OF AMERICA,

      Plaintiff,

Robert E. Mydans

v.

**1. THOMAS W. QUINTIN,**

      Defendant.

Edward R. Harris

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

**9:45 a.m.**    Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant waived reading of Information.

Defendant pleads **GUILTY** to counts **1, 2, 3, 4, 5, 6, and 7 of Information.**

Defendant sworn

Defendant answers true name; Defendant **60** years old

Defendant's right to an indictment by a grand jury explained.

-1-

Judge Wiley Y. Daniel
07-cr-00085-WYD - Change of Plea Minutes

**EXHIBITS:**   **Exhibit I** - Plea Agreement;   **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty

**ORDERED:**   Court Exhibits I and II are **RECEIVED**.

Defendant advised of maximum penalties.

Defendant advised of constitutional rights.

Defendant advised that restitution **MAY** be ordered at time of sentencing.

Government outlines evidence.

Court accepts plea of guilty.

**ORDERED:**   Sentencing hearing (07-cr-00085-WYD) is set for **Monday, August 6, 2007, at 10:00 a.m.**

**ORDERED:**   Supervised Release Violation hearing (05-cr-00232-WYD) is set for **Monday, August 6, 2007, at 10:00 a.m.**

**ORDERED:**   Defendant is **REMANDED** to custody of U.S. Marshal.

**10:11 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:26**