IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-CR-00085-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    THOMAS W. QUINTIN,

    Defendant.

_____

MOTION FOR PRELIMINARY ORDER OF FORFEITURE
_____

    COMES NOW the United States, by and through Assistant United States Attorney Robert E. Mydans, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461, and incorporating the Plea Agreement entered into with defendant Thomas W. Quintin, and moves this Court to enter a Preliminary Order of Forfeiture in this case forfeiting to the United States the defendant's interest in the following property:

    a. $132,302.51 seized via Seizure Warrants from various bank accounts held in the names of Thomas Quintin, HRM Tax Services LLC, and Quick and Easy Tax Service, at the following banks: Bank of the West, US Bank, Liberty Savings Bank, TCF Bank, Key Bank, Chase Bank, and Washington

Mutual.  The United States is not seeking forfeiture of $2,058.16 seized from Chase Bank, account #634015901, and said amounts will be returned to defendant Thomas W. Quintin; and

      b.  2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182,

and directing the Internal Revenue Service, Criminal Investigation Division (hereinafter IRS), or its designated sub-custodian to seize the property subject to forfeiture, and to publish notice of the forfeiture.  In support, Plaintiff states:

    1.    Defendant Thomas W. Quintin was charged by information with two counts of social security fraud in violation of Title 42, United States Code, Section 408(a)(7)(B), two counts of theft against the United States in violation of Title 18, United States Code, Section 287, two counts of wire fraud in violation of Title 18, United States Code, Section 1343, and forfeiture of the proceeds, including the property described above.

    2.    On or about April 27, 2007, the United States and defendant Thomas W. Quintin entered into a Plea Agreement and Statements of Facts Relevant to Sentencing in this case.  The Plea Agreement provides, *inter alia*, that the defendant shall forfeit to the United States any and all interest he may have in the property described above.  In addition the United States and the defendant have reached an agreement to not seek forfeiture of $2,058.16 seized from Chase Bank, account #634015901, with said monies being returned to the defendant.

    3.    A Preliminary Order of Forfeiture is necessary in order for IRS to

seize the property subject to forfeiture and to publish notice of the forfeiture, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

    4.    The facts as set forth in the Plea Agreement provide an ample basis for an Order of Forfeiture.

    5.    Pursuant to Title 28, United States Code, Section 2465, a certificate of reasonable cause to seize all of the aforementioned properties should issue.

WHEREFORE, the United States moves this Court to immediately enter the Preliminary Order of Forfeiture tendered herewith, for the reasons set forth above.

Dated this 23rd day of May, 2007.

                      Respectfully submitted,

                      TROY A. EID
                      United States Attorney


                      By:  s:/ Robert E. Mydans
                           ROBERT E. MYDANS
                           Assistant United States Attorney
                           1225 17th Street, Suite 700
                           Denver, Colorado 80202
                           Telephone: (303) 454-0100
                           Fax: (303) 454-0402
                           E-mail: bob.mydans@usdoj.gov

CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on this 24th day of May, 2007, I electronically filed the foregoing MOTION FOR PRELIMINARY ORDER OF FORFEITURE with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Edward Robin Harris, eq.
Edward_Harris@fd.org

                                       By: s/ *Charlotte A. Seaton*
                                       CHARLOTTE A. SEATON
                                       Legal Assistant to Robert E. Mydans
                                       United States Attorney's Office
                                       1225 - 17th Street, Suite 700
                                       Denver, CO 80202
                                       Telephone: (303) 454-0244
                                       Fax: (303) 454-0402
                                       E-mail: charlotte.seaton@usdoj.gov