IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    THOMAS W. QUINTIN,

    Defendant.
_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture, filed May 24, 2007 (docket #22).  The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Thomas W. Quintin entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461;

THAT prior to the disposition of the assets, the Internal Revenue Service, Criminal Investigation Division (hereinafter IRS), or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Thomas W. Quintin's interest in the following property:

a. $132,302.51 seized via Seizure Warrants from various bank accounts held in the names of Thomas Quintin, HRM Tax Services LLC, and Quick and Easy Tax Service, at the following banks: Bank of the West, US Bank, Liberty Savings Bank, TCF Bank, Key Bank, Chase Bank, and Washington Mutual. The United States is not seeking forfeiture of $2,058.16 seized from Chase Bank, account #634015901, and said amounts will be returned to defendant Thomas W. Quintin, and

b. 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182

is forfeited to the United States in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461;

THAT the IRS, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the IRS, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture and its intent to dispose of the subject property in a newspaper of general circulation in Denver, Colorado for three consecutive weeks, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, in which all interests will be addressed

THAT this Order shall constitute the certificate of reasonable cause pursuant to Title 28, United States Codes, Section 2465 to seize all of the aforementioned properties;

Dated: May 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge