Honorable Judge Wiley Y. Daniel
United States District Court
901 19th Street
Denver, CO 80294

June 11, 2007

Dear Judge Daniel,

      I am writing you this letter because you wanted an explanation of my actions which brought me into your courtroom on April 27th. I didn't explain my actions in full in court that day because there were people coming into the courtroom. I thought they were from the newspapers, and I didn't feel comfortable baring my soul in front of everyone.

      While I was at the half-way house in the summer of 2005, my Parole Officer, Mr. Gary Phillips, came to visit me. He suggested that I seek help with my problems. Mr. Phillips could observe how difficult of a time I was having coping with the aftermath of my actions. He insisted that I was under no obligation to follow his advice. However, I could see the wisdom in what he told me, and did, indeed, seek out psychiatric help from Dr. Eileen Courtney.

      I was seeing Dr. Courtney on a weekly basis. I have had to cope with numerous suicides in my family. My father and my older brother took their own lives. My beloved wife, Sandra, attempted suicide and failed. Her attempt left her crippled. The doctors say she has dementia. I sought Dr. Courtney's advice in how to cope with my wife's inevitable impending demise. I also sought her help with my overwhelming feelings of guilt and responsibility for Sandra's fate. Dr. Courtney encouraged me to move on, since Sandra's condition was such that she wouldn't recognize me if she were to see me. She advised me not to carry such a heavy burden since I wasn't driving the car when Sandra attempted suicide.

      I also want the court to know that I had a friend who resides in Toronto take a gift to Sandra in order to find out the condition in which she was. He reported back to me that she couldn't even remember who I am, and only cared if he had brought her diapers. After a 35 year marriage, I had a very hard time dealing with that. My friend reported that Sandra was in abysmal shape and looked uncared for. She was unable to concentrate while talking to my friend. This only increased my burning desire to do something to help her.

I contacted Gary Mr. Gary Phillips and asked him to talk to Mr. Robert Brown, the U.S. Attorney from my previous case, and in Sandra's case. My interest in talking to Mr. Brown was in bringing my wife back to the United States from Canada to (1) resolve her case, and (2) provide me with the ability to take care of her. I visited Mr. Brown in his office, where we discussed the possibility of the resolution of Sandra's case and the likelihood that she would not serve any time.

At that time, I was in contact with Mr. Lee Forman, the prominent Denver attorney who had represented my wife. At my request, Mr. Forman conducted some research into my wife's case. His findings were such that it would take some legal defense work in order to put into practise what Mr. Brown and I had discussed. Understandably, that legal defense needed funding. I didn't know how much money I would need to pay for my wife's health and legal expenses, or what it would take to bring her back to Denver to be in your court. She is unable to fly commercially, since she has no bowel control, and will need special travel arrangements. U.S. Attorney Robert Brown can verify Sandra's medical condition from the records he has.

Judge, during my debriefing with Mr. Mydans, agents from the IRS and the SSA (Social Security Administration) questioned me for 5 1/2 hours over the course of 2 days. I answered all their questions truthfully and completely. I have contributed substantially to the investigations of the IRS and SSA. I was also told by Mr. Joseph Joyce, who was present from the SSA, that as a result of the information I provided, they have filed suit to stop the flow of information that can be used for identity theft and false passports. I am hopeful that both the IRS and SSA will write to you to confirm the extent of my assistance to both agencies. I have also offered to provide ongoing help to any government agency in the future. During the course of my debriefing, I have also provided critical assistance with another ongoing investigation. This has helped to show guilt and innocence and the location of concerned parties.

Judge, I want you to know how much remorse I have felt, and how I hold myself responsible for my wife's current condition. My life has been a living hell since her suicide attempt. Even before appearing in your court on April 27th, I had told Mr. Mydans That I believe I had taken those actions to punish myself and have myself put in prison. I believe I need your help in resolving these demons. At my age, and with my health the way it is, I have decided to put my house in order and balance the scales with what I owe the Lord and what I owe society.

All I ask of you is to recommend to the Bureau of Prisons that I be allowed to see a psychologist, and to recommend that I be sent to a facility in Denver. The only friends I have left in the world are right here in Denver. My friend Blair Pennington will provide

me with employment and a place to stay when I am released from prison.

In closing, thank you for your time and understanding.

Sincerely,

*Thomas Quintin* (signature)

Thomas Quintin
Reg. No. 99779-012
Federal Detention Center-Englewood
9595 W Quincy Ave
Littleton, CO 80123

Thomas Quintin
Reg. No. 99779-012
Federal Detention Center-Englewood
9595 W Quincy Ave
Littleton, CO 80123

LEGAL MAIL

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2007

GREGORY C. LANGHAM
CLERK

HONORABLE JUDGE WILEY Y. DANIEL
UNITED STATES DISTRICT COURT
901 19TH STREET
DENVER CO 80294

