

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 07-cr-00085-WYD |
|---|---|
| DEFENDANT Thomas W. Quintin | TYPE OF PROCESS Execute Preliminary Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
|  | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| United States Attorney's Office<br>ATTN: Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado 80202 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)*:

Execute attached Preliminary Order by seizing the property.

| Signature of Attorney or other Originator requesting service on behalf of: *[signature]* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-454-0100 | DATE<br>06/01/2007 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. 1 | District of Origin No. CO | District to Serve No. CO | Signature of Authorized Treasury Agency Officer *[signature] K Hanson* | Date 06.01.2007 |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| Name and title of individual served if not shown above: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address: *(complete only if different than shown above)* | Date of Service 06.01.2007 | Time 9:00 ☒ am ☐ pm |
|---|---|---|
| | Signature, Title and Treasury Agency *[signature]* John K Hanson, Special Agent IRS | |

REMARKS:
The following assets were seized per a Preliminary Order of Forfeiture:
1) Cash on deposit in the amount of $132,302.51  2. One 2006 Chrysler 300 AWD

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY