

# Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 07-cr-00085-WYD |
| DEFENDANT Thomas W. Quintin | TYPE OF PROCESS Publication |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE

NUMBER OF PARTIES TO BE SERVED IN THIS CASE

CHECK BOX IF SERVICE IS ON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)*:

Publish once a week for three consecutive weeks in the Daily Journal, Denver, Colorado.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER 303-454-0100
DATE 06/01/2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. CO
District to Serve No. CO
Signature of Authorized Treasury Agency Officer: John K. Jameson
Date: 06.01.2007

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

Date of Service: 6-25-07
Time: 9:00 am

Signature, Title and Treasury Agency: John Jameson, Special Agent, IRS

REMARKS: A legal notice was published for three consecutive weeks in the Daily Journal, Denver, Colorado on the following dates: June 11, June 18, and June 25, 2007.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

# The Daily Journal

**A Publication Of
The McGraw-Hill Companies**

### Publisher's Affidavit
**STATE OF COLORADO
City and County of Denver**

I, John Rhoades, of the City and County of Denver, State of Colorado, being duly sworn, upon oath say that I am the Publishing Director of The Daily Journal; that I have personal knowledge of all the facts set forth in this affidavit; that said The Daily Journal is a public newspaper of general circulation having its principal office and place of business situated in said City and County of Denver; that said The Daily Journal is printed and published daily except Saturdays, Sundays and legal holidays; that said The Daily Journal is a daily newspaper within the meaning of the act of the General Assembly of the State of Colorado, approved April 7, 1921, and entitled, "An Act Concerning Legal Notices, Advertisements and Publications, and the Fees of Printers and Publishers Thereof, and to Repeal All Acts and Parts of Acts in Conflict with the Provisions of This Act" and as amended by an act of said General Assembly, entitled "An Act to Amend An Act Entitled 'An Act Concerning Legal Notices, Advertisements and Publications and the Fees of Printers and Publishers Thereof and to Repeal All Acts and Parts of Acts in Conflict with the Provisions of this Act'," approved March 30, 1923, and as amended by an act of said General Assembly, approved May 18, 1931, entitled, "An Act to Amend Section 4 of Chapter 139, Session Laws of Colorado, 1923, Relating to Legal Notices and Advertisements," which said Act took effect on and after the first day of January, 1932, and as amended by an act of said General Assembly, entitled, "An Act to Amend Chapter 139 of the Session Laws of 1923 Relating to Legal Notices and Advertisements; to Define Newspapers Qualified to Publish Legal Notices and Advertisements and the Fees of Printers and Publishers Thereof, and to Provide That the Costs of Such Legal Notices and Advertisements Shall Be Taxed as Fees," approved March 5, 1935; and as amended by an act of said General Assembly entitled, "An Act Relating to Legal Notices and Advertisements, and Amending Section 1, of Chapter 113, Session Laws of 1931," approved March 25, 1935; and "An Act to Amend and as Amended by the General Assembly, concerning 'Rates for Legal Publications,' 109-1-7 C.R.S. 1963 as amended, approved May 22, 1971, and effective January 1, 1972," that said newspaper had, prior to January 1, 1936, and has ever since said date, been admitted to the United States Mails as second class matter under the provisions of the Act of March 3, 1879, or any amendments thereof; that said newspaper is printed and published in whole in said City and County of Denver and has a general circulation therein; that said newspaper has been so printed and published as a public daily newspaper of general circulation in said City and County of Denver, uninterruptedly and continuously during the period of more than fifty-two consecutive weeks next prior to the first issue thereof containing the annexed legal notice and advertisement; that said legal notice and advertisement was published in the regular edition of said newspaper for _Three Consecutive Weeks_

that the first publication of said legal notice and advertisement was in the regular edition of said newspaper of the _11th_ day of _June_, A.D. 20_07_;

that the last publication of said legal notice and advertisement was in the regular edition of said newspaper of the _25th_ day of _June_, A.D. 20_07_; and

that therefore, said legal notice and advertisement was duly published in a newspaper duly qualified for that purpose within the meaning of said above-mentioned acts of the General Assembly of the State of Colorado.

_[signature]_

Subscribed and sworn to at the City and County of Denver, State of Colorado, before me, a Notary Public, this _2nd_ day of _June_ Notary, A.D. 20_07_.

Witness my hand and notarial seal.

_[signature]_
Notary Public

My Commission Expires July 9, 2009

1114 West 7th Avenue, Suite 100
Denver, Colorado 80204-4425

---

236

**NOTICE OF FORFEITURE
UNITED STATES DISTRICT COURT - DISTRICT OF COLORADO
DOCKET NO. 07-CR-00085-WYD**

UNITED STATES OF AMERICA V. THOMAS W. QUINTIN
Notice is hereby given that a Preliminary Order of Forfeiture was entered by the Court forfeiting to the United States all of the defendant's right, title and interest in the following: a. $132,302.51 seized via Seizure Warrants from various bank accounts held in the names of Thomas Quintin, HRM Tax Services LLC, and Quick and Easy Tax Service, at the following banks: Bank of the West, US Bank, Liberty Savings Bank, TCF Bank, Key Bank, Chase Bank, and Washington Mutual and b. 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182. Any person claiming an interest in or to said property must file his claim within 30 days from the last date of publication of this notice pursuant to 18 U.S.C.§982, incorporating 21 U.S.C. §853. Claims are to be filed with the Clerk of the District Court, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294, and a copy provided to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 1225 17th Street, Suite 700, Denver, CO 80202.

Published: June 11, 18 & 25, 2007 in The Daily Journal        236