IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD-01

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.     THOMAS W. QUINTIN,

        Defendant.

---

### GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)

---

      The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, and Robert E. Mydans, Assistant United States Attorney, moves the Court for an order granting the defendant an additional, one-level decrease in the offense level pursuant to the now advisory United States Sentencing Guidelines, Section 3E1.1(b).

      In support therefor, the government advises the Court that defendant has assisted the authorities in the prosecution of his misconduct by admitting thereto and timely notifying the government of his intention to enter a plea of guilty. This admission permitted the government to avoid preparing for trial, although it was certainly willing to so prepare, and permitted the government and the Court to allocate their resources more efficiently.

                                                  Respectfully submitted,

                                                  TROY A. EID
                                                  United States Attorney


                                                  By:  <u>s/ *Robert E. Mydans*</u>

ROBERT E. MYDANS
Assistant United States Attorney
1225 - 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0402
E-mail:  bob.mydans@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of July, 2007, I electronically filed the foregoing **GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b) with** the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Edward R. Harris
Edward_Harris@fd.org


A copy was also placed in the United States Probation Department's box at the U.S. Courthouse in Denver, CO, to the attention of:

United States Probation Department


      By: s/Charlotte A. Seaton
      Legal Assistant to Robert E. Mydans
      U.S. Attorney's Office
      1225 - 17th Street, Suite 700
      Denver, Colorado  80101
      Telephone:  (303) 454-0244
      Fax:  (303) 454-0402
      E-mail:  charlotte.seaton@usdoj.gov