IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD-01

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.      THOMAS W. QUINTIN,

        Defendant.

---

**ORDER GRANTING MOTION FOR ONE LEVEL DECREASE OF OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

---

The Court having considered the motion by the United States of America to decrease the defendant's offense level by one additional level pursuant to United States Sentencing Guideline § 3E1.1(b),

It is hereby ORDERED that said motion is GRANTED.

So ORDERED, this ____ day of August, 2007.

                                            _____
                                            WILEY Y. DANIEL
                                            United States District Judge