IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-CR-00085-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      THOMAS W. QUINTIN

        Defendant.

---

**UNOPPOSED MOTION TO AMEND JUDGMENT-FORFEITURE**

---

COMES NOW the United States, by and through Assistant United States Attorney Robert E. Mydans, pursuant to Fed. R. Crim. P. 35(a) and moves this Court to amend the Judgment to include forfeiture, and to issue a Final Order of Forfeiture. As grounds therefor, the United States states that:

    1.    Count 7 of the Information alleged forfeiture of up to $280,704.00 and a 2006 Chrysler 300 AWD vehicle, VIN 2C3LK63H66H345182 (Document 12). In the Plea Agreement (E.C.F. Document 19) Defendant agreed not to contest the forfeiture as described in Count 7 of the Information.

    2.    On May 29, 2007, the Court entered a Preliminary Order of Forfeiture, forfeiting Defendant's interest in $132,302.51 and the 2006 Chrysler 300 AWD vehicle, VIN 2C3LK63H66H345182 (E.C.F. Document 23).

3.  As reflected in the Motion for Final Order of Forfeiture filed contemporaneously herewith, the United States has subsequently executed publication and notice, and no other individual entity has contested the forfeiture. Therefore, Final Order of Forfeiture can enter.

4.  It was and is the intent of the United States and Defendant that the currency and vehicle referenced in the Information Plea Agreement, and Preliminary Order of Forfeiture be finally forfeited.  At the sentencing on August 6, 2007, the forfeiture was inadvertently omitted from the proceedings.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), the forfeiture must be included in the Judgment.

5.  The undersigned Assistant United States Attorney has discussed this matter with Assistant Federal Public Defender Edward Harris, Esq.; Mr. Harris has agreed that the forfeiture should have been entered, and has no objection to this Motion.

WHEREFORE, the United States, with the concurrence of Defendant's counsel, moves pursuant to Fed. R. Crim. P. 32.2 and 35 that the Judgment be amended to include forfeiture of $132,302.51 and a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182.  As set forth in the Preliminary Order of Forfeiture, $2,058.16 seized from Chase Bank, account number 634015901, shall be returned to Defendant through counsel.

Dated this 8th day of August, 2007.

                                Respectfully submitted,

                                TROY A. EID
                                United States Attorney

                                By:   s:/Robert E. Mydans
                                ROBERT E. MYDANS
                                Assistant United States Attorney
                                1225 - 17th Street, Suite 700
                                Denver, Colorado 80202
                                Telephone: (303) 454-0100
                                Fax: (303) 454-0402
                                E-mail: bob.mydans@usdoj.gov
                                Attorney for the Government

**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on this 8th day of August, 2007, I electronically filed the foregoing UNOPPOSED MOTION TO AMEND JUDGMENT-FORFEITURE with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail address:

Edward Robin Harris
Edward_Harris@fd.org

              s/ Charlotte A. Seaton
              Legal Assistant to Robert E. Mydans
              United States Attorney's Office
              1225 - 17th Street, Suite 700
              Denver, Colorado 80202
              Telephone: (303) 454-0244
              Fax: (303) 454-0402
              E-Mail: charlotte.seaton@usdoj.gov