IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-CR-00085-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    THOMAS W. QUINTIN

        Defendant.

---

### ORDER AMENDING JUDGMENT

---

This matter having come before the Court on the United States' Unopposed Motion to Amend Judgment-Forfeiture, and upon the United States' Motion for Final Order of Forfeiture, and the Court being fully apprised, it is hereby ORDERED that the Judgment is amended to include an order that $132,302.51 and a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182 are ordered forfeited to the United States, and the Final Order of Forfeiture shall issue.  Two Thousand Fifty-Eight Dollars and Sixteen Cents ($2,058.16) seized from Chase Bank, account number 634015901 shall be returned to Defendant through counsel.

Entered at Denver, Colorado this _____ day of _____, 2007.

BY THE COURT:

_____
WILEY Y. DANIEL
United States District Judge