IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     THOMAS W. QUINTIN

        Defendant.

_____

## UNCONTESTED MOTION FOR FINAL ORDER OF FORFEITURE
_____

COMES NOW the United States of America, by and through Assistant United States Attorney Robert E. Mydans, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. §981 (a)(1)(C), and 28 U.S.C. § 2461.  In support, Plaintiff states:

1.     On May 29, 2007 this Court entered a Preliminary Order of Forfeiture (ECF Docket # 23) forfeiting all of defendants' interest in $132,302.51 and a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182.

2.     The Internal Revenue Service executed the Preliminary Order of Forfeiture, as evidenced by the Process Receipt and Return previously filed (Docket # 26).

3.     The Internal Revenue Service published notice of the forfeiture in a newspaper of general circulation via The Daily Journal for three consecutive weeks on

-1-

June 11, 18, and 25, 2007, as evidenced by the Process Receipt and Return previously

filed (Docket # 27).  The notice stated that any persons claiming an interest in any of

the subject property must file his claim withing 30 days from the last date of publication.

      4.     To date, no parties have filed claims, pleadings, or otherwise defended

the action.

      WHEREFORE, the United States moves this Court for entry of the Final Order of

Forfeiture forfeiting to the United States all right, title, and interest in $132,302.51 and

a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182 in accordance with 18

U.S.C. §981 (a)(1)(C), and 28 U.S.C. § 2461..

      Respectfully submitted this 7th day of August, 2007.

TROY A. EID
United States Attorney

By: s:/Robert E. Mydans
ROBERT E. MYDANS
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: bob.mydans@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 8th day of August, 2007, I electronically filed the foregoing UNCONTESTED MOTION FOR FINAL ORDER OF FORFEITURE with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Edward Robin Harris
Edward_Harris@fd.org

s/ Charlotte A. Seaton
Legal Assistant to Robert E. Mydans
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, Colorado 80202