IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    THOMAS W. QUINTIN

        Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. §981 (a)(1)(C), and 28 U.S.C. § 2461;

THAT a Preliminary Order of Forfeiture was entered on May 29, 2007;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected;

THAT no claims have been filed; and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §981 (a)(1)(C), and 28 U.S.C. § 2461.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $132,302.51 and a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182 shall enter in favor of the United States pursuant to 18 U.S.C.

§981 (a)(1)(C), and 28 U.S.C. § 2461.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this _____ day of _____, 2007.

BY THE COURT:

_____
Wiley Y. Daniel
United States District Court Judge