IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  THOMAS W. QUINTIN,

        Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the United States' Uncontested Motion for Final Order of Forfeiture and Judgment, filed August 8, 2007 (docket #31). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. §981 (a)(1)(C), and 28 U.S.C. § 2461;

THAT a Preliminary Order of Forfeiture was entered on May 29, 2007;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected;

THAT no claims have been filed; and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §981 (a)(1)(C), and 28 U.S.C. § 2461.

Therefore, it is hereby

ORDERED that the Motion for Final Order of Forfeiture and Judgment, filed August 8, 2007 (docket #31) is **GRANTED**.  It is

FURTHER ORDERED that judgment of forfeiture of $132,302.51 and a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182 shall enter in favor of the United States pursuant to 18 U.S.C. §981 (a)(1)(C), and 28 U.S.C. § 2461.  It is

FURTHER ORDERED that the United States of America shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated:  August 8, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge