IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-CR-00085-WYD

UNITED STATES OF AMERICA,

                Plaintiff,

v.

1.  THOMAS W. QUINTIN,

                Defendant.

---

## ORDER AMENDING JUDGMENT

---

This matter having come before the Court on the United States' Unopposed Motion to Amend Judgment-Forfeiture, filed August 8, 2007 (docket #30), and upon the United States' Motion for Final Order of Forfeiture, and the Court being fully apprised, it is hereby

ORDERED that the Motion to Amend Judgment-Forfeiture, filed August 8, 2007 (docket #30) is **GRANTED**.  It is

FURTHER ORDERED that the Judgment is amended to include an order that $132,302.51 and a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182 are ordered forfeited to the United States, and the Final Order of Forfeiture shall issue.  Two Thousand Fifty-Eight Dollars and Sixteen Cents ($2,058.16) seized from Chase Bank, account number 634015901 shall be returned to Defendant through counsel.

Dated:  August 8, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge