**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | August 6, 2007 | Probation: | Dee Clark and |
| Courtroom Deputy: | Robert R. Keech | | Gary Phillips |
| E.C.R./Reporter: | Kara Spitler | Interpreter: | N/A |

_____

Criminal Case Nos:  **07-cr-00085-WYD and**        Counsel:
                    **96-cr-00084-WYD;**

UNITED STATES OF AMERICA,                Robert E. Mydans

              Plaintiff,

v.

**1. THOMAS W. QUINTIN**,                Edward R. Harris

              Defendant.

_____

**SENTENCING**
_____

**10:08 a.m.**    Court in Session - Defendant present (in-custody)

              **Change of Plea Hearing - Friday, April 27, 2007, at 9:30 a.m.
              Plea of Guilty - counts 1, 2, 3, 4, 5, 6, and 7 of Information**

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

10:10 a.m.    Statement on behalf of Defendant (Mr. Harris).

10:25 a.m.    Statement on behalf of Government (Mr. Mydans).

**ORDERED:**    Defendant's Motion for Downward Departure and Objections to Presentence
              Investigation Report (#25 - 7/9/07) is **DENIED IN PART and OVERRULED IN
              PART.**  The motion for downward departure is **DENIED** and the objection to
              presentence investigation report is **OVERRULED.**

Judge Wiley Y. Daniel
07-cr-00085-WYD - Sentencing Minutes and
96-cr-00084-WYD - Supervised Release Violation Hearing

10:33 a.m.      Statement on behalf of Government (Mr. Mydans).

10:35 a.m.      Statement on behalf of Defendant (Mr. Harris).

10:40 a.m.      Statement by Defendant on his own behalf (Mr. Quintin).

10:42 a.m.      Statement on behalf of Defendant (Mr. Harris).

                Court makes findings.

**ORDERED:**    Government's Motion for Decrease for Acceptance of Responsibility (#28 -
                7/30/07) is **GRANTED.**

                Order Granting Government's Motion for Decrease for Acceptance of
                Responsibility is **APPROVED BY THE COURT.**

**ORDERED:**    Government's Motion for Downward Departure Pursuant to 5K1.1 (#29 -
                7/30/07) is **GRANTED.**

**ORDERED:**    Defendant be **imprisoned** for **46** months on each of counts 1-4, and 5-6, to run
                concurrently.

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised
                release** for a period of **3** years on counts 1-4 and 5-6, to run concurrently.

**ORDERED:**    **Conditions** of **Supervised Release** are:

     (X)        Within 72 hours of release from the custody of the Bureau of Prisons,
                defendant shall report in person to the probation office in the district to which
                the defendant is released.

     (X)        Defendant shall not commit another federal, state or local crime.

     (X)        Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

     (X)        Defendant shall comply with standard conditions adopted by the Court.

     (X)        Defendant shall not unlawfully possess a controlled substance.

     (X)        The Defendant shall refrain from the unlawful use of a controlled substance

Judge Wiley Y. Daniel
07-cr-00085-WYD - Sentencing Minutes and
96-cr-00084-WYD - Supervised Release Violation Hearing

and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:     Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall participate in a program of mental-health treatment as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for tint of treatment.

(X)     The defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

(X)     The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)     The defendant shall submit to financial monitoring by or at the direction of the probation officer.

(X)     The defendant shall not engage in any business activity unless said activity is operating under a formal, registered entity, such as a corporation, limited liability company, limited liability partnership, sole proprietorship, or general partnership.

Judge Wiley Y. Daniel
07-cr-00085-WYD - Sentencing Minutes and
96-cr-00084-WYD - Supervised Release Violation Hearing

(X)     The defendant shall not register any new business entity, foreign or domestic, without the express approval of the probation officer.

(X)     The defendant shall maintain business records for any business activities in which he engages, including maintaining records of client financial transaction, and client contracts.

(X)     The defendant shall provide all requested documentation to the probation officer regarding any of his business activities, including but not limited to business bank statements, business tax returns, annual, quarterly, and monthly financial statements, quarterly estimated tax payments, articles of incorporation, partnership agreements, sales, property, and payroll tax returns; list of business customers and business vendors; billing statements to customers; and vendor invoices, client contracts; equipment purchase agreements or leases, real estate escrow statements, and real estate leases for any business properties, business insurance policies, business telephone bills, samples of business advertisements.  The defendant shall provide the requested documentation to the probation officer on a quarterly basis or as requested by the probation officer.

(X)     The defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as requested.

(X)     The defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds in any financial accounts, including but not limited to bank accounts and lines of credit.

(X)     The defendant shall not open or maintain any foreign holdings, including but not limit to do foreign bank accounts, real estate or investments.

Judge Wiley Y. Daniel
07-cr-00085-WYD - Sentencing Minutes and
96-cr-00084-WYD - Supervised Release Violation Hearing

      (X)     The defendant shall not conduct any foreign financial transactions without the approval of the probation officer.

**ORDERED:**    Defendant shall pay **$600.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant to make **restitution** in the amount of **$282,588.00 to the following victim:**

| Victims | Amount |
| --- | --- |
| United States Department of the Treasury<br>Internal Revenue Service<br>600 17th Street, 15th Floor<br>Denver, CO  80202 | $282,588.00 |

     Restitution is to be made payable in monthly payments of at least **$100.00. *The Court has determined the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for restitution.***

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

### Supervised Release Violation Hearing - 96-cr-00084-WYD and 05-cr-00232-WYD

11:00 a.m.    Statement on behalf of Defendant admitting to violations (Mr. Harris).

11:11 a.m.    Statement by Defendant on his own behalf (Mr. Quintin).

11:12 a.m.    Statement on behalf of Probation (Mr. Phillips).

11:14 a.m.    Statement on behalf of Defendant (Mr. Harris).

     Court makes findings and finds that defendant has violated conditions of supervised release.

Judge Wiley Y. Daniel
07-cr-00085-WYD - Sentencing Minutes and
96-cr-00084-WYD - Supervised Release Violation Hearing

**ORDERED:**     Supervised release is **REVOKED.**

**ORDERED:**     Defendant be **imprisoned** for **24** months, to run consecutively to the sentence imposed in criminal case number 07-cr-00085-WYD.

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **1** year.

**ORDERED:**     **Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not illegally possess controlled substances.

(X)     Defendant shall not possess a firearm or destructive device.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)     The defendant shall submit to financial monitoring by or at the direction of the probation officer.

(X)     The defendant shall not engage in any business activity unless said activity is operating under a formal, registered entity, such as a corporation, limited liability company, limited liability partnership, sole proprietorship, or general partnership.

-6-

Judge Wiley Y. Daniel
07-cr-00085-WYD - Sentencing Minutes and
96-cr-00084-WYD - Supervised Release Violation Hearing

(X)     The defendant shall not register any new business entity, foreign or domestic, without the express approval of the probation officer.

(X)     The defendant shall maintain business records for any business activities in which he engages, including maintaining records of client financial transaction, and client contracts.

(X)     The defendant shall provide all requested documentation to the probation officer regarding any of his business activities, including but not limited to business bank statements, business tax returns, annual, quarterly, and monthly financial statements, quarterly estimated tax payments, articles of incorporation, partnership agreements, sales, property, and payroll tax returns; list of business customers and business vendors; billing statements to customers; and vendor invoices, client contracts; equipment purchase agreements or leases, real estate escrow statements, and real estate leases for any business properties, business insurance policies, business telephone bills, samples of business advertisements.  The defendant shall provide the requested documentation to the probation officer on a quarterly basis or as requested by the probation officer.

(X)     The defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as requested.

(X)     The defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds in any financial accounts, including but not limited to bank accounts and lines of credit.

(X)     The defendant shall not open or maintain any foreign holdings, including but not limit to do foreign bank accounts, real estate or investments.

(X)     The defendant shall not conduct any foreign financial transactions without the approval of the probation officer.

(X)     The defendant shall participate in a program of mental-health treatment as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for tint of treatment.

-7-

Judge Wiley Y. Daniel
07-cr-00085-WYD - Sentencing Minutes and
96-cr-00084-WYD - Supervised Release Violation Hearing

**ORDERED:**     Defendant shall pay the balance of the restitution outstanding.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:20 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 1:12 (:36 for each hearing)**