IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00085-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    THOMAS W. QUINTIN,

        Defendant.

---

ORDER GRANTING MOTION FOR ONE LEVEL DECREASE OF OFFENSE LEVEL
FOR ACCEPTANCE OF RESPONSIBILITY

---

The Court having considered the motion by the United States of America to decrease the defendant's offense level by one additional level pursuant to United States Sentencing Guideline § 3E1.1(b), It is hereby

ORDERED that Government's Motion for One Level Decrease of Offense Level for Acceptance of Responsibility is **GRANTED.**

DATED this 6th day of August, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE