IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    07-cr-00085-WYD

UNITED STATES OF AMERICA,

       Plaintiff/Respondent,

v.

THOMAS W. QUINTIN,

       Defendant/Petitioner.

_____

DEFENDANT'S NOTICE OF APPEAL
_____

       Defendant, Thomas W. Quintin, through appointed counsel, Edward R. Harris and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order that was entered on August 9, 2007.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender

       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2007, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bob Mydans, Assistant United States Attorney
      Bob.Mydans@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Thomas Quintin (via U.S. Mail)
Reg. No. 99779-012
c/o Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO    80123

                                              s/ Edward R. Harris
                                              Edward R. Harris
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Edward_Harris@fd.org
                                              Attorney for Defendant