APPEAL, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-00085-WYD All Defendants
### Internal Use Only

Case title: USA v. Quintin  
Magistrate judge case number: 1:07-mj-01020-MJW

Date Filed: 03/01/2007  
Date Terminated: 08/09/2007

Assigned to: Judge Wiley Y. Daniel

**Defendant**

**Thomas W. Quintin** (1)  
*TERMINATED: 08/09/2007*

represented by **Edward Robin Harris**  
Office of the Federal Public Defender  
633 Seventeenth Street  
#1000  
Denver, CO 80202  
303-294-7002  
Fax: 303-294-1192  
Email: Edward_Harris@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| MISUSE OF SOCIAL SECURITY NUMBER (1-2) | Dft pled guilty to count(s) 1 through 7 of the Information; Dft is to be imprisoned for 46 months to run concurrent; Upon release from imprisonment, dft shall be on supervised release for 36 months, to be served concurrently; Assessment $600.00; No fine imposed; Restitution 282,588; Dft remanded. |
| FALSE OR FRAUDULENT CLAIMS (3-4) | Dft pled guilty to count(s) 1 through 7 of the Information; Dft is to be imprisoned for 46 months to run concurrent; Upon release from imprisonment, dft shall be on supervised release for 36 months, to be served concurrently; Assessment $600.00; No fine imposed; Restitution 282,588; Dft remanded. |
| FRAUD BY WIRE, RADIO, OR TELEVISION (5-6) | Dft pled guilty to count(s) 1 through 7 of the Information; Dft is to be imprisoned for 46 months to run concurrent; Upon release from imprisonment, dft shall be on supervised release for 36 months, to be served concurrently; Assessment $600.00; No fine imposed; Restitution 282,588; Dft remanded. |
| FORFEITURE (7) | Dft pled guilty to count(s) 1 through 7 of the Information; Dft is to be imprisoned for 46 months to run concurrent; Upon release from imprisonment, dft shall be on supervised release for 36 months, to be served concurrently; Assessment $600.00; No fine imposed; Restitution 282,588; Dft remanded. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

42:408.F MISUSE OF SOCIAL SECURITY NUMBER

**Disposition**

Dft pled guilty to count(s) 1 through 7 of the Information; Dft is to be imprisoned for 46 months to run concurrent; Upon release from imprisonment, dft shall be on supervised release for 36 months, to be served concurrently; Assessment $600.00; No fine imposed; Restitution 282,588; Dft remanded.

**Plaintiff**

**USA**  represented by  **Robert E. Mydans**
U.S. Attorney's Office-Denver
1225 Seventeenth Street
#700
Denver, CO 80202
303-454-0234
Fax: 303-454-0402
Email: Bob.Mydans@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2007 | 1 | COMPLAINT as to Thomas W. Quintin (1). (Attachments: # 1 Criminal Information Sheet) (kltsl, ) [1:07-mj-01020-MJW] (Entered: 01/31/2007) |
| 01/31/2007 | 2 | Arrest Warrant Issued by Michael J. Watanabe in case as to Thomas W. Quintin. (kltsl, ) [1:07-mj-01020-MJW] (Entered: 01/31/2007) |
| 02/02/2007 | 3 | Minutes of initial appearane held before Magistrate Judge Michael J. Watanabe as to Thomas W. Quintin on 2/2/2007. Fin affidavit tendered; FPD appt'd; gov't seeking detention. Detention/Preliminary Hearing set for 2/7/2007 11:00 AM before Magistrate Judge O. Edward Schlatter. Dft remanded. Hearing concluded. (Tape #FTR MJW PM-T.Lee.) (sschrsl, ) [1:07-mj-01020-MJW] (Entered: 02/02/2007) |
| 02/02/2007 | 4 | Sealed Document-financial affidavit (tllsl, ) [1:07-mj-01020-MJW] (Entered: 02/05/2007) |
| 02/02/2007 | 5 | Arrest Warrant Returned Executed on 2/2/2007 in case as to Thomas W. Quintin. (sschrsl, ) [1:07-mj-01020-MJW] (Entered: 02/05/2007) |
| 02/05/2007 | 6 | NOTICE OF ATTORNEY APPEARANCE: Edward Robin Harris appearing for Thomas W. Quintin (Harris, Edward) [1:07-mj-01020-MJW] (Entered: 02/05/2007) |
| 02/07/2007 | 7 | Minutes of preliminary exam before Judge O. Edward Schlatter as to Thomas W. |

| | | |
|---|---|---|
| | | Quintin held on 2/7/2007; dft waived prelim and did not contest detention; ausa to inform court when indictment returned so that arraignment can be set; dft remanded (Tape #FTR OES AM.) (kltsl, ) [1:07-mj-01020-MJW] (Entered: 02/07/2007) |
| 02/26/2007 | 8 | NOTICE of Disposition by Thomas W. Quintin (Harris, Edward) [1:07-mj-01020-MJW] (Entered: 02/26/2007) |
| 02/27/2007 | 9 | TEXT ENTRY ONLY; MINUTE ORDER ; As to the 8 Notice of Disposition, a change of plea hearing set for 3/5/2007 01:30 PM before Magistrate Judge Craig B Shaffer. (tll, ) [1:07-mj-01020-MJW] (Entered: 02/27/2007) |
| 02/28/2007 | 10 | MOTION to Vacate *Change of Plea Hearing* by Thomas W. Quintin. (Harris, Edward) [1:07-mj-01020-MJW] (Entered: 02/28/2007) |
| 03/01/2007 | 11 | TEXT ENTRY ONLY MINUTE ORDER; granting 10 Motion to Vacate as to Thomas W. Quintin (1) (tllsl, ) [1:07-mj-01020-MJW] (Entered: 03/02/2007) |
| 03/01/2007 | 12 | INFORMATION as to Thomas W. Quintin (1) count(s) 1-2, 3-4, 5-6, 7. (Attachments: # 1 Criminal Information Sheet) (tll, ) (Entered: 03/02/2007) |
| 03/01/2007 | 14 | NOTICE of related case by USA as to Thomas W. Quintin (tll, ) (Entered: 03/02/2007) |
| 03/01/2007 | 15 | WAIVER OF INDICTMENT by Thomas W. Quintin (tll, ) (Entered: 03/02/2007) |
| 03/01/2007 | 16 | Minutes of Initial Appearance and arraignment as to Thomas W. Quintin held on 3/1/2007 before Judge Boyd N. Boland : Plea entered by Thomas W. Quintin (1) NOT GUILTY ON Counts 1-2,3-4,5-6,7. Deft remanded. Counsel to chambers. (Court Reporter FTR BNB PM.) (tll, ) (Entered: 03/02/2007) |
| 03/02/2007 | 13 | NOTICE of Disposition by Thomas W. Quintin (Harris, Edward) (Entered: 03/02/2007) |
| 03/02/2007 | 17 | MINUTE ORDER re 13 Notice of Disposition: Change of Plea Hearing set for 4/27/2007 09:30 AM before Judge Wiley Y. Daniel as to Thomas W. Quintin. (mjg, ) (Entered: 03/02/2007) |
| 04/27/2007 | 18 | Minutes of Change of Plea Hearing as to Thomas W. Quintin held on 4/27/2007 before Judge Wiley Y. Daniel: Dft present in custody; GUILTY Plea entered by Thomas W. Quintin (1), Guilty to Counts 1-2,3-4,5-6,7; Dft advised that restitution may be ordered at time of sentencing; Sentencing set for 8/6/2007 10:00 AM; Dft remanded.(Court Reporter Kara Spitler.) (mjg, ) (Entered: 05/01/2007) |
| 04/27/2007 | 19 | PLEA AGREEMENT as to Thomas W. Quintin (mjg, ) (Entered: 05/01/2007) |
| 04/27/2007 | 20 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Thomas W. Quintin (mjg, ) (Entered: 05/01/2007) |
| 04/27/2007 | 21 | MINUTE ORDER: Sentencing hearing is set for Monday, August 6, 2007, at 10:00 a.m., in courtroom A1002 as to Thomas Quintin; All motions for downward departure shall be filed not later than seven (7) days prior to the date of sentencing. (mjg, ) (Entered: 05/01/2007) |
| 05/24/2007 | 22 | MOTION for Forfeiture of Property by USA as to Thomas W. Quintin. (Attachments: # 1)(Mydans, Robert) (Entered: 05/24/2007) |
| 05/29/2007 | 23 | Preliminary ORDER granting 22 Motion for Forfeiture of Property as to Thomas W. Quintin (1). Signed by Judge Wiley Y. Daniel on 5/29/07. (tll, ) (Entered: 05/30/2007) |
| 06/13/2007 | 24 | Letter from Thomas Quintin (mjg, ) (Entered: 06/14/2007) |
| 07/09/2007 | 25 | MOTION for Departure *Downward and Objections to Presentence Investigation Report* by Thomas W. Quintin. (Harris, Edward) (Entered: 07/09/2007) |
| 07/16/2007 | 26 | Certificate of Service by USA as to Thomas W. Quintin *Executed Preliminary Order of* |

| | | |
|---|---|---|
| | | *Forfeiture by seizing property* (Russell, James) (Entered: 07/16/2007) |
| 07/16/2007 | 27 | Certificate of Service by USA as to Thomas W. Quintin *Publication in The Daily Journal on June 11th, 18th & 25th, 2007* (Russell, James) (Entered: 07/16/2007) |
| 07/30/2007 | 28 | MOTION for Decrease for Acceptance of Responsibility *(1-Level Decrease) Pursuant to U.S.S.G § 3E1.1(b)* by USA as to Thomas W. Quintin. (Attachments: # 1)(Mydans, Robert) (Entered: 07/30/2007) |
| 07/30/2007 | 29 | MOTION For Downward Departure Pursuant to 5K1.1 *For Substantial Assistance* by USA as to Thomas W. Quintin. (Mydans, Robert) (Entered: 07/30/2007) |
| 08/06/2007 | 36 | Minutes of Sentencing held on 8/6/2007 as to defendant Thomas W. Quintin before Judge Wiley Y. Daniel: Dft present in custody; Plea of Guilty to counts 1, 2, 3, 4, 5, 6, and 7 of Information; Order denying in part and overruled in part 25 Motion for Departure; The motion for downward departure is DENIED and the objection to presentence investigation report is OVERRULED; granting 28 Motion for Decrease for Acceptance of Responsibility; and as to Thomas W. Quintin (1); and granting 29 Motion for Downward Departure Pursuant to 5K1.1 as to Thomas W. Quintin (1); DEFENDANT SENTENCED AS REFLECTED IN THE RECORD; Dft remanded; Hearing concluded. (Court Reporter Kara Spitler.) (mjg, ) (Entered: 08/09/2007) |
| 08/06/2007 | 37 | ORDER as to Thomas W. Quintin granting 28 MOTION for Decrease for Acceptance of Responsibility (1-Level Decrease) Pursuant to U.S.S.G § 3E1.1(b)filed by USA. Signed by Judge Wiley Y. Daniel on 8/6/07. (mjg, ) (Entered: 08/09/2007) |
| 08/08/2007 | 30 | Unopposed MOTION for Forfeiture of Property *to Amend Judgment-Forfeiture* by USA as to Thomas W. Quintin. (Attachments: # 1)(Mydans, Robert) (Entered: 08/08/2007) |
| 08/08/2007 | 31 | MOTION for Forfeiture of Property *(Uncontested) for Final Order* by USA as to Thomas W. Quintin. (Attachments: # 1)(Mydans, Robert) (Entered: 08/08/2007) |
| 08/08/2007 | 32 | FINAL ORDER OF FORFEITURE AND JUDGMENT as to Thomas W. Quintin: Motion (docket #31) is GRANTED; FURTHER ORDERED that the United States of America shall have full and legal title to the forfeited property and may dispose of it in accordance with law. Signed by Judge Wiley Y. Daniel on 8/8/07. (mjg, ) (Entered: 08/09/2007) |
| 08/08/2007 | 33 | TEXT ENTRY ONLY, please refer to docket #32 granting 31 Motion for Forfeiture of Property as to Thomas W. Quintin (1). (mjg, ) (Entered: 08/09/2007) |
| 08/08/2007 | 34 | ORDER AMENDING JUDGMENT as to Thomas W. Quintin Amendment to 32 Final Order for Forfeiture and Judgment: Motion to Amend Judgment-Forfeiture, filed August 8, 2007 (docket #30) is GRANTED; It is FURTHER ORDERED that the Judgment is amended to include an order that $132,302.51 and a 2006 Chrysler 300 AWD, VIN 2C3LK63H66H345182 are ordered forfeited to the United States, and the Final Order of Forfeiture shall issue. (mjg, ) (Entered: 08/09/2007) |
| 08/08/2007 | 35 | TEXT ENTRY ONLY, please refer to docket #34 granting 30 Motion to Amend Judgment-Forfeiture by USA as to Thomas W. Quintin. Signed by Judge Wiley Y. Daniel on 8/8/07. (mjg, ) (Entered: 08/09/2007) |
| 08/09/2007 | 38 | JUDGMENT as to Thomas W. Quintin (1); Dft pled guilty to count(s) 1 through 7 of the Information; Dft is to be imprisoned for 46 months to run concurrent; Upon release from imprisonment, dft shall be on supervised release for 36 months, to be served concurrently; Assessment $600.00; No fine imposed; Restitution $282,588; Dft remanded; Criminal Case Terminated. Signed by Judge Wiley Y. Daniel; EOD 8/9/07 on 8/9/07. (mjg, ) (Entered: 08/09/2007) |
| 08/10/2007 | 39 | NOTICE OF APPEAL as to Thomas W. Quintin 38 Judgment, Terminate Criminal Case,, by Thomas W. Quintin. (Harris, Edward) (Entered: 08/10/2007) |