

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 07-cr-00085-WYD |
|---|---|
| DEFENDANT Thomas Quintin | TYPE OF PROCESS Execute Final Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
2006 Chrysler 300AWD, VIN 2C3LK63H66H345182

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado  80202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Execute attached Final Order of Forfeiture as to 2006 Chrysler and report amount deposited below.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 303-454-0100
DATE 8/8/2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.  One
District of Origin No. CO
District to Serve No. CO
Signature of Authorized Treasury Agency Officer
Date 08.09.07

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

Date of Service 08.09.07
Time 326 pm

Signature, Title and Treasury Agency
Jamison, Special Ag, IRS

**REMARKS:** This vehicle, valued at $30,000, was placed into "Official Use" for law enforcement purposes by the IRS-Criminal Investigation Division, Denver Field Office.

TD F 90-22.48 (8/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY