

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 07-cr-00085-WYD |
|---|---|
| DEFENDANT Thomas Quintin | TYPE OF PROCESS Execute Final Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$132,302.51

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE

NUMBER OF PARTIES TO BE SERVED IN THIS CASE

CHECK BOX IF SERVICE IS ON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*

Execute attached Final Order of Forfeiture as to $132,302.51 and report amount deposited below.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 303-454-0100
DATE 8/8/2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. One
District of Origin No. CO
District to Serve No. CO
Signature of Authorized Treasury Agency Officer: John K. Hamson
Date 08.09.07

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

Date of Service 08.09.07    Time 3:32 pm

Signature, Title and Treasury Agency: John Hamson, Special Agent, IRS

**REMARKS:** I deposited $132,302.51 into the U.S. Treasury Forfeiture Fund.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY