NOTICE: APPEAL TRANSCRIPT

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2007

GREGORY C. LANGHAM
CLERK

Short Title: _U.S. v. Quintin_ ~~District: Colorado~~

District Court # _07CR00085-WYD_ Circuit Court # _07-1337_

Name of Court Reporter: KARA SPITLER

This notice is to inform you that all appeal transcript ordered from this reporter has been completed and has been filed with the District Court Clerk's Office on this date.

Dated: _8-22-07_

By: _Kara Spitler_
Official/Court Reporter

cc: Tenth Circuit Court of Appeals