**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

---

**PART I - TO BE COMPLETED BY APPELLANT WITHIN TEN DAYS OF FILING THE NOTICE OF APPEAL**

SHORT TITLE:   U.S.A. v. QUINTIN         DISTRICT:         DISTRICT OF COLORADO
DISTRICT COURT NUMBER:   07-cr-00085-WYD         CIRCUIT COURT NUMBER:   07-1345
NAME OF ATTORNEY:  VICKI MANDELL-KING, ASSISTANT FEDERAL PUBLIC DEFENDER
   NAME OF LAW FIRM: FEDERAL PUBLIC DEFENDER
   ADDRESS OF FIRM:  633 - 17TH STREET, SUITE 1000, DENVER, COLORADO 80202
   TELEPHONE OF FIRM: (303) 294-7002   ATTORNEYS FOR:  THOMAS QUINTIN
NAME OF COURT REPORTER:   KARA SPITLER         TELEPHONE OF REPORTER:   303-623-3080

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
   [ ] A TRANSCRIPT IS NOT NECESSARY FOR THIS APPEAL, OR
   [ ] THE NECESSARY TRANSCRIPT IS ALREADY ON FILE IN DISTRICT COURT
   [ ] THE NECESSARY TRANSCRIPT WAS ORDERED PREVIOUSLY IN APPEAL

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(SPECIFY THE DATE AND PROCEEDING IN THE SPACE BELOW)
VOIR DIRE:             :     OPENING STATEMENTS:             :
TRIAL PROCEEDINGS:       :     INSTRUCTION CNF:              :
JURY INSTRUCTIONS:       :     CLOSING ARGUMENTS:            :
POST TRIAL MOTIONS:      :     OTHER PROCEEDINGS: August 6, 2007 Revocation Hearing
                                Already prepared (doc # 93)
(ATTACH ADDITIONAL PAGES IF NECESSARY)

[ ] APPELLANT WILL PAY THE COST OF THE TRANSCRIPT.
MY SIGNATURE ON THIS FORM IS MY AGREEMENT TO PAY FOR THE TRANSCRIPT ORDERED ON THIS FORM.

[X] THIS CASE IS PROCEEDING UNDER THE CRIMINAL JUSTICE ACT.
NOTE: LEAVE TO PROCEED *IN FORMA PAUPERIS* DOES NOT ENTITLE APPELLANT TO A FREE TRANSCRIPT.  AN    ORDER OF THE DISTRICT COURT ALLOWING PAYMENT FOR THE TRANSCRIPT AT GOVERNMENT EXPENSE MUST BE OBTAINED.  *SEE* 28 U.S.C. § 753(f).

**CERTIFICATE OF COMPLIANCE**

I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE OF THIS FORMA AND THAT COPIES OF THIS TRANSCRIPT ORDER FORM HAVE BEEN SERVED ON THE COURT REPORTER (IF TRANSCRIPT ORDERED), THE CLERK OF U.S. DISTRICT COURT, ALL COUNSEL OF RECORD OR PRO SE PARTIES, AND THE CLERK OF THE U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT.  I FURTHER CERTIFY THAT SATISFACTORY ARRANGEMENTS FOR PAYMENT FOR ANY TRANSCRIPT ORDERED HAVE BEEN MADE WITH THE COURT REPORTER(S).

SIGNATURE OF ATTORNEY/PRO SE:       /S/ VICKI MANDELL-KING         DATE:   9/21/2007

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
   UPON COMPLETION, PLEASE FILE ONE COPY WITH THE CLERK OF THE U.S. COURT OF APPEALS AND ONE COPY WITH THE CLERK OF THE U.S. DISTRICT COURT.

DATE ARRANGEMENTS FOR PAYMENT COMPLETED: 
ESTIMATED COMPLETION DATE: 
ESTIMATED NUMBER OF PAGES: 
I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE SIDE AND THAT ADEQUATE ARRANGEMENTS FOR PAYMENT HAVE BEEN MADE.
SIGNATURE OF COURT REPORTER:             DATE:

**DIRECTIONS FOR USING THIS FORM**

THIS FORM REQUIRES MULTIPLE DISTRIBUTION, SERVICE AND FILING. THE RESPONSIBILITIES OF EACH PARTY AND THE COURT REPORTER ARE DESCRIBED BELOW.

**1.    APPELLANT**

WHETHER OR NOT A TRANSCRIPT IS ORDERED, APPELLANT OR HIS COUNSEL MUST COMPLETE PART I AND PART II OF THIS FORM. UPON COMPLETION, APPELLANT MUST SERVE A COPY ON:

- A.    THE COURT REPORTER (IF A TRANSCRIPT IS ORDERED),
- B.    ALL PARTIES,
- C.    THE CLERK OF THE U.S. DISTRICT COURT, AND
- D.    THE CLERK OF THE U.S. COURT OF APPEALS.

IF A TRANSCRIPT IS ORDERED, THE APPELLANT MUST OBTAIN EXECUTION OF THIS FORM BY THE COURT REPORTER(S) WHO RECORDED THE PROCEEDINGS. WITHIN THE TEN DAY PERIOD ALLOWED FOR ORDERING THE TRANSCRIPT UNDER FED. R. APP. P. 10(B)(1), APPELLANT MUST MAKE ADEQUATE ARRANGEMENTS FOR PAYMENT FOR THE TRANSCRIPT. **THE COURT REPORTER MAY REQUIRE A DEPOSIT EQUAL TO THE FULL ESTIMATED COST OF THE TRANSCRIPT.** 28 U.S.C. §753(F).

UNLESS THE ENTIRE TRANSCRIPT IS ORDERED, APPELLANT SHALL SERVE ON ALL APPELLEES A STATEMENT OF THE ISSUES HE INTENDS TO PRESENT ON APPEAL. FED. R. APP. P. 10(B)(3). THE DOCKETING STATEMENT REQUIRED BY 10TH CIRC. R. 3.4 FULFILLS THIS REQUIREMENT.

THOSE PORTIONS OF THE TRANSCRIPTS THAT ARE FILED THAT ARE PERTINENT TO THE APPEAL MUST BE INCLUDED IN APPELLANT'S APPENDIX OR, IN CASES WHERE COUNSEL IS APPOINTED, DESIGNATED FOR INCLUSION IN THE RECORD ON APPEAL. 10TH CIR. R. 10.2.2, 10.3.2(D) AND 30.1.1.

**2.    APPELLEE**

UNLESS THE ENTIRE TRANSCRIPT IS ORDERED, APPELLEE MAY, WITHIN TWENTY DAYS OF FILING OF THE NOTICE OF APPEAL, FILE AND SERVE ON APPELLANT'S DESIGNATION OF ADDITIONAL TRANSCRIPT TO BE INCLUDED. IF, WITHIN TEN DAYS, APPELLANT DOES NOT ORDER AND PAY FOR THE TRANSCRIPT SO DESIGNATED, APPELLEE MAY, WITHIN A FURTHER TEN DAYS, ORDER AND PAY FOR THE TRANSCRIPT OR MOVE IN THE DISTRICT COURT FOR AN ORDER COMPELLING APPELLANT TO DO SO. FED. R. APP. P. 10(B)(3).

**3.    COURT REPORTER**

AFTER RECEIPT OF THIS FORM AND **AFTER SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE**. THE COURT REPORTER SHALL CERTIFY THE DATE THE TRANSCRIPT WAS ORDERED AND ESTIMATE THE DATE IT WILL BE COMPLETED. THE ESTIMATED COMPLETION DATE MUST COMPLY WITH THE TENTH CIRCUIT JUDICIAL COUNCIL'S MANDATED DISTRICT COURT REPORTER MANAGEMENT PLANS. TRANSCRIPTS IN A CRIMINAL CASE (INCLUDES 28 U.S.C. §§2241, 2254, 2255) SHALL BE FILED WITHIN 30 DAYS OF THE DATE ARRANGEMENTS FOR PAYMENT ARE MADE. TRANSCRIPTS IN A CIVIL CASE SHALL BE FILED WITHIN 60 DAYS OF THE DATE ARRANGEMENTS FOR PAYMENT ARE MADE. **COURT REPORTERS ARE SUBJECT TO A MANDATORY FEE REDUCTION IF TRANSCRIPTS ARE NOT TIMELY FILED.** SEE APPELLATE TRANSCRIPT MANAGEMENT PLAN FOR THE TENTH CIRCUIT, 10TH CIR. R., APP. B.

THE COMPLETED FORM MUST BE SERVED ON:

- A.    THE CLERK OF THE DISTRICT COURT AND
- B.    THE CLERK OF THE COURT OF APPEALS.