# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

THOMAS W. QUINTIN,

    Defendant - Appellant.

No. 07-1337

*07-CR-00085-WYD*

## ORDER

Filed September 20, 2007

This matter is before the court on Appellant's Motion to Substitute Counsel within the Federal Public Defender's Office. The motion is granted as contained herein. Vicki Mandell-King is hereby substituted for Edward Harris as counsel of record for Thomas W. Quintin.

Entered for the Court

Elisabeth A. Shumaker, Clerk