| PART I - TO BE COMPLETED BY APPELLANT WITHIN TEN DAYS OF FILING THE NOTICE OF APPEAL |
|---|

SHORT TITLE: __U.S.A. v. QUINTIN__   DISTRICT: __DISTRICT OF COLORADO__
DISTRICT COURT NUMBER: __07-cr-00085-WYD__   CIRCUIT COURT NUMBER: __07-1337 & 07-1345__
NAME OF ATTORNEY: __VICKI MANDELL-KING, ASSISTANT FEDERAL PUBLIC DEFENDER__
   NAME OF LAW FIRM: FEDERAL PUBLIC DEFENDER
   ADDRESS OF FIRM: _633 - 17th STREET, SUITE 1000, DENVER, COLORADO 80202_
   TELEPHONE OF FIRM: (303) 294-7002   ATTORNEYS FOR: __THOMAS QUINTIN__
NAME OF COURT REPORTER: __KARA SPITLER__   TELEPHONE OF REPORTER: __303-623-3080__

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
   [ ] A TRANSCRIPT IS NOT NECESSARY FOR THIS APPEAL, OR
   [ ] THE NECESSARY TRANSCRIPT IS ALREADY ON FILE IN DISTRICT COURT
   [ ] THE NECESSARY TRANSCRIPT WAS ORDERED PREVIOUSLY IN APPEAL

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(SPECIFY THE DATE AND PROCEEDING IN THE SPACE BELOW)
VOIR DIRE: _____ :   OPENING STATEMENTS:_____ :
TRIAL PROCEEDINGS: _____ :   INSTRUCTION CNF: _____ :
JURY INSTRUCTIONS: _____ :   CLOSING ARGUMENTS:_____ :
POST TRIAL MOTIONS: _____ :   OTHER PROCEEDINGS: _April 27, 2007 Plea Hearing_ :
(ATTACH ADDITIONAL PAGES IF NECESSARY)

[ ] APPELLANT WILL PAY THE COST OF THE TRANSCRIPT.
MY SIGNATURE ON THIS FORM IS MY AGREEMENT TO PAY FOR THE TRANSCRIPT ORDERED ON THIS FORM.

[X] THIS CASE IS PROCEEDING UNDER THE CRIMINAL JUSTICE ACT.
NOTE: LEAVE TO PROCEED *IN FORMA PAUPERIS* DOES NOT ENTITLE APPELLANT TO A FREE TRANSCRIPT. AN ORDER OF THE DISTRICT COURT ALLOWING PAYMENT FOR THE TRANSCRIPT AT GOVERNMENT EXPENSE MUST BE OBTAINED. *SEE* 28 U.S.C. § 753(f).

**CERTIFICATE OF COMPLIANCE**
I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE OF THIS FORMA AND THAT COPIES OF THIS TRANSCRIPT ORDER FORM HAVE BEEN SERVED ON THE COURT REPORTER (IF TRANSCRIPT ORDERED), THE CLERK OF U.S. DISTRICT COURT, ALL COUNSEL OF RECORD OR PRO SE PARTIES, AND THE CLERK OF THE U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT. I FURTHER CERTIFY THAT SATISFACTORY ARRANGEMENTS FOR PAYMENT FOR ANY TRANSCRIPT ORDERED HAVE BEEN MADE WITH THE COURT REPORTER(S).

SIGNATURE OF ATTORNEY/PRO SE: __/S/ VICKI MANDELL-KING__   DATE: __December 11, 2007__

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
   UPON COMPLETION, PLEASE FILE ONE COPY WITH THE CLERK OF THE U.S. COURT OF APPEALS AND ONE COPY WITH THE CLERK OF THE U.S. DISTRICT COURT.

DATE ARRANGEMENTS FOR PAYMENT COMPLETED: _12-12-07_
ESTIMATED COMPLETION DATE: _1-12-08_
ESTIMATED NUMBER OF PAGES: _24_
I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE SIDE AND THAT ADEQUATE ARRANGEMENTS FOR PAYMENT HAVE BEEN MADE.
SIGNATURE OF COURT REPORTER: _Kara Spitler_   DATE: _12-12-07_

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 12 2007
GREGORY C. LANGHAM
CLERK

CC: CH, KS & BOBBI

DIRECTIONS FOR USING THIS FORM