**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOTICE: APPEAL TRANSCRIPT

DEC 12 2007

GREGORY C. LANGHAM
CLERK

Short Title: U.S. v. Quintin          District: Colorado

District Court # 07CR 85-WYD   Circuit Court # 07-1337 + 07-1345

Name of Court Reporter: KARA SPITLER

This notice is to inform you that all appeal transcript ordered from this reporter has been completed and has been filed with the District Court Clerk's Office on this date.

Dated: 12-12-07

By: Kara Spitler
Official Court Reporter

cc: Tenth Circuit Court of Appeals