UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

December 14, 2007

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:    USA v. Quintin**

Court of Appeals Case No. 07-1337
District Court Case No. 07-cr-00085-WYD

Dear Clerk:

      We hand you herewith Supplemental Volume I of the Record on Appeal in the above referenced case. Transcript of Change of Plea Hearing held on 04/27/07.

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed
    Deputy Clerk

cc:  See Notice of Electronic Filing