UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>THOMAS W. QUINTIN,<br><br>    Defendant - Appellant. | Nos. 07-1337 and 07-1345<br>(D.C. Nos. 1:07-CR-00085-WYD<br>and 1:96-CR-00084-WYD) |

ORDER

Filed December 14, 2007

    Criminal appeal No. 07-1337 is before the court based on a motion by Appellant-Defendant Thomas Quintin to supplement the record on appeal with the transcript of the April 27, 2007 plea hearing in D. Colo. No. 07-CR-85-WYD.  Appellee-Plaintiff United States does not object.

    Upon consideration, Appellant-Defendant Quintin's motion to supplement is **GRANTED**.

    The district court is requested to include in the record on appeal the transcript of the

April 27, 2007 plea hearing or to forward a supplemental record to this court after this transcript is filed.

        Entered for the Court
        Elisabeth A. Shumaker, Clerk

        *Kathleen T. Clifford* (signature)

        Kathleen T. Clifford
        Attorney - Deputy Clerk