# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | May 07, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Robert E. Mydans
Mr. John M. Hutchins
Office of the United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202

Ms. Vicki Mandell-King
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202

**RE:**   **07-1337, 07-1345, United States v. Quintin**
Dist/Ag docket: 07-cr-85-WYD and 96-cr-84-WYD

Dear Mr. Langham and Counsel:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

                                            Sincerely,

                                            Elisabeth A. Shumaker
                                            Clerk of the Court