**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

**May 7, 2008**

FOR THE TENTH CIRCUIT

Elisabeth A. Shumaker
Clerk of Court

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | Nos. 07-1337 and 07-1345 (D.C. Nos. 07-CR-85-WYD and 96-CR-84-WYD) D. Colorado |
| THOMAS W. QUINTIN, | |
| Defendant - Appellant. | |

ORDER

Before **HENRY**, Chief Judge, **BALDOCK** and **BRISCOE**, Circuit Judges.

Appellant's *Motion to Dismiss Appeal Voluntarily* is granted.  10th Cir. R. 46.3(B).  A copy of this order shall stand as and for the mandate of the court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

By  *Ardell Schuler*
Deputy Clerk